THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.D. by and through his parents and co-guardians M.D. and T.D., on behalf of a class of those similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CHRIS REYKDAL, in his capacity as the SUPERINTENDENT OF PUBLIC INSTRUCTION and OFFICE OF THE SUPERINTENDENT OF PUBLIC INSTRUCTION, a Washington State agency,<br><br>Defendants. | No. 2:22-cv-01621-LK<br><br>DECLARATION OF ALEX HAGEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PROVISIONAL CERTIFICATION AND A PRELIMINARY INJUNCTION |

I, Alex Hagel, declare as follows:

1. I am an associate with the law firm of Cedar Law PLLC, co-counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Washington. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' motion for Provisional Certification and a Preliminary Injunction.

3. Attached hereto as **Exhibit 1** are excerpts of relevant portions of the 30(b)(6) deposition of the Washington State Board of Community and Technical College (SBCTC), Troy Goracke, taken on April 10, 2023, including highlights of cited portions.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a flier produced by SBCTC regarding the High School + program, that is publicly available on SBCTC's website.

https://www.sbctc.edu/resources/documents/about/facts-pubs/hs-plus.pdf

5. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant's Supplemental Answers and Objections to Plaintiff's Interrogatories, dated March 6, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Washington State Board of Community and Technical Colleges (SBCTC) Requirements for Enrollment in Basic Education for Adults (BEdA), labeled EDU_000016-17.

7. Attached hereto as **Exhibit 5** is a true and correct copy of High School+ program information from the SBCTC, labeled EDU_000014-15.

8. Attached hereto as **Exhibit 6** is a true and correct copy of GED Testing and Transcript information from the SBCTC, labeled EDU_000007-8.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the SBCTC's Basic Education for Adults information page for prospective students, labeled EDU_000040-41.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Basic Skills State Funded Students Headcount from the SBCTC, for the 2019-20, 2020-21, and 2021-22 school year, labeled as T.Goracke Deposition Exhibit 5 and EDU_000174-176.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10 May, 2023

[signature]
Alex Hagel

# EXHIBIT 1

**In the Matter Of:**

*N.D. vs*

*Chris Reykdal*

---

*TROY GORACKE*

*April 10, 2023*

---

LEXITAS™

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

--------------------------X
N.D. et al., :
Plaintiff,: Case No.
v. : 2:22-cv-01621-LK
Chris Reykdal et al.,:
Defendant.:
--------------------------X

REMOTE STENOGRAPHIC DEPOSITION OF TROY GORACKE

Monday, April 10, 2023

1:03 p.m. Pacific Time

Job No.: 892096

Pages: 1 - 106

STENOGRAPHICALLY REPORTED BY:

GISELLE MITCHELL-MARGERUM, RPR, CRI, CCR, LCR, ACCR, CSR

CALIFORNIA CSR 14424

Deposition of TROY GORACKE, held remotely, via videoconference at:

VIA VIDEOCONFERENCE

Pursuant to agreement, before Giselle Mitchell-Margerum, Registered Professional Reporter, Certified Reporting Instructor, Licensed Court Reporter (TN), Certified Court Reporter (GA), Certified Court Reporter (NJ), Certified Court Reporter (WA), Certified Shorthand Reporter (OR), Certified Shorthand Reporter (CA), Alabama Certified Court Reporter (ACCR).

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

IAN CROSBY, ESQ.
SUSMAN GODFREY LLP
401 Union St., Suite 3000
Seattle, WA 98101

ON BEHALF OF DEFENDANT:

AILEEN MILLER, ESQ.
BRIAN ROWE, ESQ.
OFFICE OF THE ATTORNEY GENERAL
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504

ALSO PRESENT:

ELANA MATT
ALEX HAGEL
TODD SIPE
GRECIA RAMIREZ -- Student Court Reporter

Technical Colleges Basic Education for Adults Office.

Q. So, you oversee -- you supervise and monitor all of the high school equivalency and GED preparation -- GED preparation classes that receive title two funds.

Is that correct?

A. Workforce Innovation and Opportunity Act Title Two funds. Yes.

Q. Okay.

And do the programs that you supervise and monitor also receive funds that are derived from the taxpayers of the State of Washington?

A. Yes.

Q. Do you know approximately what proportion of funds are state versus federal?

A. I can give a rough estimation, but I can't give an exact -- an exact figure. Is that allowable?

Q. That's fine. Best you can do. It is what it is.

A. Okay. It's about 17 percent federal dollars, and 83 percent state dollars.

Q. Okay. And you don't know if there

terms?

A. I'm sorry. Can you repeat the question?

Q. Do you distinguish between those terms -- BEdA and ABdE -- within SBCTC. It's a mouthful.

A. It is. Yes.

"Basic education for adults" is the umbrella that we use for all of the programs that are, like, funded and overseen by -- through the WIOA Title Two dollars and that structure.

Adult basic education, or ABE, is generally what we use to refer to programs that are for -- made of English speakers that are doing illiteracy or math remediation.

Q. And does that include high school equivalency programs and GED preparation classes?

A. Adult basic ed would generally -- those programs would generally fall under it, but we do -- we think of -- we may have them separately as well.

We desegregate those programs when we are looking at results.

Q. So, the topic lists "High School +." That's a specific name for a program that's -- that you supervise and monitor. Correct?
A. Correct.
Q. And what is High School +?
A. High School + is the state's competency-based high school diploma program.
Q. And are there high school equivalency programs besides High School + that you supervise and monitor?
A. Can I -- did you ask if there are high school equivalency programs other than High School + that we -- we monitor?
Q. Yes. Correct.
A. Yes.
Q. Okay. And what are those?
A. So it would be -- it would be GED preparations. So, people who are instead of earning a high school diploma, are earning a GED credential.
Q. Okay.
And that GED preparations listed here in the topic, are there any programs by name that are not listed in the topic that

SBCTC considers high school equivalency programs?

A. No.

Q. Okay. So those are the two?

A. Yeah. I'm not even sure -- SBCTC would not consider High School + a high school equivalency program, but there are no other high school equivalency programs other than GED.

And High School + renders a high school diploma.

Q. Okay. I see. So, High School + renders a regular high school diploma?

A. A Washington State high school diploma. Yes.

Q. And there are no other programs under your supervision that offer either a high school diploma or the equivalent of a high school diploma, besides High School + and GED preparation classes. Correct?

A. No.

Q. What is the role of -- let me phrase that a little differently.

What does SBCTC do to supervise High School +?

again here. All right.
BY MR. CROSBY:
Q. So your testimony was that state -- the requirements established by the Office of the Superintendent of Public Instruction and the State Board of Education for awarding the high school diploma in Washington State. Correct?
A. Yes.
Q. Okay. And you communicate those requirements to providers of the High School + program. Is that -- did I understand you correctly?
A. Yes.
Q. Okay. And do you monitor whether the instruction that is being given meets those requirements?
A. So, monitoring of instructions falls outside of our mandate, due to the collective bargaining agreements at the -- at the colleges.
Q. So do you monitor whether the high school diplomas that are being awarded by High School + programs comply with the requirements that are promulgated by OSPI and the State

Board of Education?
A. We monitor that the high school diplomas being awarded by the 34 colleges meet the requirements stated in statute, as reported by the colleges.
Q. So SBCTC also supervises GED preparation classes. Correct?
A. We supervise GED preparation classes for the 34 community and technical colleges. And the five community-based organizations that receive Workforce Innovation and Opportunity Act Title Two funding in Washington.
Q. And what does SBCTC do to supervise that -- those programs?
A. So, it would be similar to what we do for High School +. We monitor them on an -- a four-year cycle to make sure that they are meeting the federal requirements for those programs.
And then -- and just that they are -- they are meeting whatever the requirements are from the -- we help make sure that they are meeting the requirements from the test publisher for awarding those

conjunction with Pearson Vue.
Q. And this is a national test provider. Correct?
A. Correct. The GED. Yeah.
Q. Does the State of Washington do anything to ensure that the GED is in alignment with the requirements for high school diplomas in the State of Washington?
MR. ROWE: Objection. Form.
BY MR. CROSBY:
Q. You can answer if you understand the question.
A. Not one hundred percent sure that I do understand the question. So I --
Q. Let me back up, and I'll -- I'll see if I can be a little clearer about it. Right?
So, GED is recognized as a high school equivalency by the State of Washington. Right?
A. Correct.
Q. Okay.
And so, I'm trying to figure out what the State of Washington does to actually verify that it's equivalent to a high school diploma in the State of Washington.

like, did you ask through the end of their
21st year?
Q. Correct.
A. Yes.
Q. Do you know if students are charged
to participate in Open Doors? If you know.
A. I do not believe so.
MR. CROSBY: I think I've been
going for about an hour here. I want to
take five minutes and then get this --
let me get something to drink and be back
in five.
THE WITNESS: Sure.
MR. CROSBY: All right. Great.
Be back in five.
(Short break.)
COURT REPORTER: We are back on
the record.
MR. CROSBY: Okay. Great.
Thank you.
BY MR. CROSBY:
Q. So, the high school diplomas that
are awarded by High School + are the same as
those awarded by secondary schools in
Washington State. Correct?

A. Yes.
Q. And the GED test's academic competence ordinarily associated with completion of secondary school in Washington State. Correct?
A. Yes.
Q. And those are the only two secondary education programs for adults that are overseen by SBCTC? Correct?
A. Primarily, yes.
Q. You say primarily. What is the caveat there?
A. There is a legacy program that's offered at a few of the colleges that's a high school completion program that yields a high school diploma as well.
And that falls underneath the supervision, I suppose, of the State Board for Community and Technical Colleges, but not really the Office of Basic Education for Adults.
Q. Does that program have a name?
A. High school completion.
Q. And when you say it's legacy, what does that mean?

A. It's the way the legislature funds all of the 34 community and technical colleges.
Q. So not through Title Two grants?
A. No. Not through Title Two grants.
Q. Okay. But are using funds that are appropriated by the legislature?
A. Using funds appropriated by the legislature. Yes.
Q. Do you know if tuition is charged for high school completion?
MR. ROWE: Objection to form.
THE WITNESS: I know that some tuition is charged. Oh.
MR. CROSBY: Sorry. Was there an objection?
MR. ROWE: Yes. I did object to form. But that's fine.
MR. CROSBY: Okay.
BY MR. CROSBY:
Q. Do you know what that tuition is?
A. No.
Q. Do you know if it's authorized to be waived in certain cases?
A. I do not.

Q. What fees are authorized to be charged to students for High School + and GED preparation courses?
A. So there's the 25-dollar a quarter tuition. That's authorized. I believe that some colleges charge additional fees. But I -- I can't speak to that.
I know that it's rare, but I think there are some.
Q. Okay.
And the 25-dollar quarter tuition charge is authorized for both High School + and for GED preparation instruction. Correct?
A. All basic education for adult students are charged $25 a quarter and it's able to be waived.
Q. Okay. Who collects the tuition -- what's the -- is there a name -- shorthand name for that that I should use?
A. We -- no. We just call it tuition.
Q. Okay.
A. College -- tuition.
Q. Who collects the tuition -- okay. And do the colleges retain those funds?
A. Yes.

Q. So none of that goes back to the state. Correct?
A. When you say the state, do you mean -- I guess, well no. None of the money -- the money is retained by the colleges.
Q. So, colleges aside, does the State of Washington receive any payment at all for adult secondary education that it provides?
MR. ROWE: Objection. Form.
MR. CROSBY: Let me -- let me be more precise about that, because it's fair.
BY MR. CROSBY:
Q. Apart from the $25 that may be collected by the colleges, does the State of Washington receive any payment for providing adult secondary education services?
A. When you say the State of Washington, do you mean the entire State of Washington? Or do you mean the State Board for Community and Technical Colleges?
Q. I mean the entire state of Washington, if you --
A. I don't believe so.

colleges required to collect tuition from adult secondary education participants?

A. I don't --

Q. Let me -- there is an ambiguity in my question. I want to make -- so, leaving aside the waiver. Okay? So I know that they can charge tuition and waive it in some circumstances, and not in other circumstances.

But can a college -- can a technical or community college just say "we are not going to charge tuition to anybody, for adult secondary education programs," if that's what they choose to do?

MR. ROWE: Objection. Form.

THE WITNESS: There needs to be a process for waiving tuition for basic education for adult students at each of the colleges, and it requires documentation.

BY MR. CROSBY:

Q. So they have to have some criteria in place for waiving tuition for adult basic education. Correct?

A. Yes. Each -- each institution is required to have a process which would have

criteria for waiving the 25-dollar tuition.
Q. And one criterion could be an inability to pay. Correct?
A. Correct.
Q. And are there any requirements for -- from SBCTC for assessing inability to pay?
A. We don't -- we require that they have a process. We do not stipulate what the criterion of that process needs to be.
Q. So SBCTC does not impose a standard for inability to pay on the community and technical colleges for providing adult secondary education. Correct?
A. I do not believe so.
Q. Okay. Can a college develop other criteria for waiving tuition for adult secondary education programs?
A. Can you provide an example of what you mean?
Q. I don't really have an example in mind, other than something besides ability to pay. Can they waive tuition for something other than ability to pay?
A. Are we talking specifically about

know that there might be something in our policy around waiving tuition.

Q. And so, the two adult secondary education programs we've been talking about -- High School + and GED preparation, as provided by the community and technical colleges -- are completely free of charge to non-disabled adults who are deemed unable to pay by the provider. Correct?

MR. ROWE: Objection. Form.

THE WITNESS: So the two programs that we've talked about -- High School + and GED preparation provided by the community and technical colleges and the five providers funded under the Workforce Innovation and Opportunity Act Title Two -- those services can be offered free of charge if the student asks for and qualifies for a waiver.

BY MR. CROSBY:

Q. So, in the event that a non-disabled adult asks for and qualifies for a waiver of the tuition, those two programs -- High School + and GED preparation -- would be offered completely free of charge by the

A. The requirements/expectations are that those -- those funds that are collected through the basic education for adults tuition are reinvested into the basic education for adults program at the institution.

Q. When you say reinvested, do they have to be used to actually pay for instruction?

A. No. They have to be used to support the program.

Q. How could they be used to support the program without paying for instruction?

A. There are a variety of other things that are necessary for the program. So they could be used to purchase supplies. They could be used to fund wraparound services for students.

But they have to be used for basic education for adult students.

Q. So wraparounds could include related services?

A. Correct.

Q. Can you give me some examples?

A. Perhaps maybe a bus pass or assistance with a textbook. Those sorts of

eligibility criteria. I was sort of confused by the statement of the criteria here.

So, to participate, you need to be at least 16 years of age. Correct?

A. Yes.

Q. Not enrolled, or required to be enrolled in secondary school, under state law. We covered that. Right?

A. Uh-huh.

Q. And then the last one is -- is actually disjunctive. It's any one of these three things. Right? One little I dot double I. Little Roman one, two, three. Right?

A. Yeah. Any one of those three qualifies someone for service.

Q. Got it. Okay.

So you produced some WACs here. Document Bates number ending 19 here. This is Washington Administrative Code 131-48-110. Correct?

A. Yes. I believe so.

Q. All right.

And it refers to the high school equivalency certificate being awarded jointly by the State Board for Community and Technical

Q. Let's see.
MR. CROSBY: You know, I just realized that I'm not sharing this document and I meant to. I apologize. I'm going to share this on the screen now.
Okay. So now everybody could be on the same page.
BY MR. CROSBY:
Q. So if we go down to 95, just -- the document says that, "SBCTC core services include adult secondary education."
Is that an accurate statement?
A. Yeah. Secondary education is one of the core services that basic education for adults through SBCTC provides. Yes.
Q. Okay.
MR. CROSBY: All right. Let's go ahead and we'll move to what will be marked as Exhibit 5, which was the supplemental production that we got.
(Exhibit 5 marked for identification)
MR. CROSBY: It's EDU_174.
BY MR. CROSBY:
Q. Do you have that available? Are you

# EXHIBIT 2

WASHINGTON'S
COMMUNITY AND TECHNICAL COLLEGES

# HIGH SCHOOL+

AUGUST 15, 2019

Watch a video https://bit.ly/2QM7u96

## Credit for Life Knowledge

Adults who are at least 18 years old and need a high school diploma now have another way to get one — through High School+, a program that turns life experience into credits toward a high school diploma.



*Adelina Machuca Santiago, HS+ graduate, Lower Columbia College*

High School+, formerly High School 21+, is offered by community and technical colleges, often in partnership with community-based organizations.

## Customized Education Plans

Upon entering the High School+ program, each student works with an advisor to assess what the student has already learned through life, work, school or military experience. Together, they develop a plan to complete the rest of what the student needs to complete a diploma.

Students can demonstrate their knowledge — and receive high school credits — in several ways. These include a traditional placement test, high school and college transcripts, or a written portfolio. Students then complete any remaining credits by:

- Taking adult basic education courses that teach basic skills in reading, writing, math and English language within more rigorous, high school-level material.
- Substituting college classes for the remaining high school requirements.

## Dual Credits Toward College and High School

If a student is enrolled in a college-level class and masters a subject area required for a high school diploma, the student's credits can be applied to both the program of study and the diploma. This dual-credit approach saves students time and money.

## The Benefits

High School+:

- Recognizes life competency in addition to classroom time and tests.
- Opens the door to federal financial aid so students can earn college certificates and degrees.
- Helps students become eligible for federal job-training funds.
- Is accepted more readily by the military because it is an actual high school diploma rather than an equivalency.
- Is low-cost at $25 per quarter. Many students qualify for waivers.
- Is available to students at correction sites.

Students who complete High School+ receive a Washington state high school diploma from their community or technical college. They also gain knowledge of their own powerful potential as they reach new heights in their lives and careers.



COMMUNITY AND TECHNICAL COLLEGES
*Washington State Board*

CC BY 4.0
*Except where otherwise noted*

**CONTACT INFORMATION**
**Troy Goracke**
Policy Associate, Basic Education for Adults
p: 360-704-4361
e: tgoracke@sbctc.edu

# From Poverty to a Career: Meet Adelina Machuca Santiago

My name is Adelina Machuca Santiago. My path from poverty in Mexico to success in America has been very difficult but my motto is, "determination is my power." I live that motto every day.

I grew up in Oaxaca Mexico with no electricity, running water, little food and no access to medical care. My desire for an education and better life was so strong that I walked five hours every day to attend high school.

When I moved to Longview, my goal was to find a school and learn English. That's when I found my second home, Lower Columbia College (LCC). I worked nights while going to school days. I spent two quarters in English as a Second Language and then progressed to adult basic skills classes, where I graduated from the High School+ program in the spring of 2014. I immediately started college summer quarter. I was not successful my first quarter, but I did not give up.

At LCC, I found the academic and emotional support that helped me to succeed. I took advantage of all the resources on campus. I found extra support and instruction in the I-BEST program,[1] received an Opportunity Grant[2] and utilized LCC's career, counseling and tutoring services. I worked hard and made the honors list many times and was awarded the 2015-2016 Outstanding Pre-College English Student of the Year.

In the summer of 2018, I graduated with an associate degree in Medical Office Administration and also received Community, Health and Wellness Advocate and Health Occupations Core for the Healthcare Worker certificates. Today I work full time as a child wellness advocate. I love my job and know that I can be an example for others while helping them to understand that no matter how difficult life can be there is always light at the end of the tunnel.



*Adelina Machuca Santiago celebrates success at Lower Columbia College. Photo copyright LCC.*

1. I-BEST stands for "Integrated Basic Education and Skills Training," a program that uses a team-teaching approach to teach students basic skills and career skills at the same time.

2. Opportunity Grants help low-income students train for high-wage, high-demand careers. The grant covers 45 credits of tuition (a year's worth) and up to $1,000 a year for books and supplies.

# EXHIBIT 3

The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

N.D., by and through his parents and co-guardians M.D. and T.D., et al.,

Plaintiffs,

v.

CHRIS REYKDAL, in his capacity as the Superintendent of Public Instruction, et al.,

Defendants.

NO. 2:22-cv-01621-LK

DEFENDANTS' SUPPLEMENTAL ANSWERS AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES

Defendants Chris Reykdal, in his capacity as the Superintendent of Public Instruction, and the Office of the Superintendent of Public Instruction (collectively "Defendants") supplement their answers and objections to Plaintiffs' First Set of Interrogatories.

**Definitions**

The terms defined below should be construed broadly to the fullest extent of their meaning in a good-faith effort to comply with the Federal Rules of Civil Procedure.

1. The terms "Defendants" and "You" shall refer to Defendants Chris Reykdal in his capacity as the Superintendent of Public Instruction and the Office of the Superintendent of Public Instruction ("OSPI"), and any other person or entity acting or purporting to act on their behalf. Where appropriate, the terms "Reykdal" and "OSPI" operate in the singular to refer

separately the corresponding person or entity identified above.

2. The terms "and" as well as "or" shall be construed disjunctively or conjunctively as necessary to bring within the scope of this request all documents or things that might otherwise be construed to be outside its scope.

3. The term "communication" or any variants thereof, means any contact, oral or documentary, formal or informal, at any place or under any circumstances whatsoever whereby information of any nature is transmitted or transferred, including, without limitation, a single person seeing or hearing any information by any means.

4. The term "any" shall be understood to include and encompass "all."

5. The term "document" shall have the broadest meaning ascribed to it by Federal Rule of Civil Procedure 34 and Federal Rule of Evidence 1001, which includes every writing, or record of any kind, including all recorded communication or other tangible thing from which data or information can be obtained (translated if necessary through detection devices into reasonably usable form), and which is known to Defendants, or that is in Defendants' possession, custody, or control and that is kept by electronic, photographic, mechanical, or other means concerning, pertaining to, describing, referring, or relating to, directly or indirectly, in whole or in part, the subject matter of each request.

6. The terms "entity" and "entities" mean legal entities, including, without limitation corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies. Unless noted otherwise, references to any entity herein include its, his or her agents, attorneys, employees, employers, officers, directors, or others acting on behalf of said entity.

7. The term "evidence" or any variant thereof, including but not limited to "evidencing," when used in connection with any document, shall be understood to apply if the document directly or indirectly mentions, discusses, constitutes, concerns, supports, contradicts, relates to, refers to, or in any other way deals with the subject matter described in

the request in which the term appears.

8. The term "including" means including, but not limited to.

9. The terms "person" and "persons" mean both natural persons and legal entities, including, without limitation corporations, companies, firms, partnerships, joint ventures, proprietorships, associations, and governmental bodies or agencies. Unless noted otherwise, references to any person, entity or party herein include its, his or her agents, attorneys, employees, employers, officers, directors, or others acting on behalf of said person, entity, or party.

10. The terms "relate," "refer," "concern," "address," or any variants thereof, when used in connection with any document, shall be understood to apply if the document directly or indirectly evidences, mentions, discusses, constitutes, concerns, supports, contradicts, refers to, or in any other way deals with the subject matter described in the request in which the term appears.

11. "Complaint" means the Class Action Complaint for Declaratory and Injunctive Relief (Dkt. #1) in the instant lawsuit.

12. "IDEA" means the Individuals with Disabilities Education Act.

13. "DOE" means the United States Department of Education.

**Instructions**

1. In responding to the following interrogatories, you are required to furnish such information as is available to you, including but not limited to information in the possession of your investigators, employees, agents, representatives, guardians, attorneys, investigators for your attorneys, any other person or persons acting on your behalf, or any entity, organization or association in which you have an ownership interest, are employed, act as an agent or whose documents or information is otherwise under your possession, custody or control.

2. If you cannot fully respond to the interrogatories below after exercising due diligence to secure the requested information, respond to the extent possible, specify the portion of any



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

interrogatory to which you are unable to fully respond, state the facts upon which you base your contention that you are unable fully to respond to such portion, and state any knowledge, information, or belief you have concerning such portion.

3. If you object to the response of any interrogatory on the grounds that the information it seeks is protected from disclosure by the attorney-client privilege, work-product doctrine, or any other privilege, you are requested to identify the information for which the privilege is claimed and give all information required by applicable case law, including but not limited to the following:

a. the name of any person or entity that communicated the information;

b. the name of any person or entity that received the information;

c. any date or an estimate of a date when the information was communicated;

d. a statement of the basis for the claim of privilege; and

e. a description of the information sufficient for the Court to rule on the applicability and appropriateness of the claimed privilege.

4. If in answering these interrogatories you claim any ambiguity in either a request or a definition or instruction applicable thereto, identify in your response the language you consider ambiguous and state the interpretation you are using in responding.

5. If you or your attorneys know of the existence, past or present, of any information described in any of these interrogatories, but such information is not presently known to you, you shall so state in response to the request, identify such information in response to the request, and identify any individual to whom such information was known.

6. The singular form of a word shall be interpreted as plural and the plural form of a word shall be interpreted as singular whenever appropriate in order to bring within the scope of these requests any information which might otherwise be considered beyond its scope.

7. The obligation to provide information sought by these interrogatories is continuing within the requirements of Federal Rule of Civil Procedure 26(e).



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

8. Unless otherwise specified, these interrogatories are not limited as to time.

## I. GENERAL STATEMENTS AND OBJECTIONS

1. Defendants provide the following General Objections to Plaintiffs' First Set of Interrogatories to Defendants. Defendants' General Objections apply to each and every one of Plaintiffs' Interrogatories, irrespective of whether the General Objections are expressly referred in response to a specific Interrogatory. The particular objections that follow an Interrogatory are intended to amplify the General Objections and do not limit the applicability of any of the General Objections or waive any objections, which may, in addition to those set forth in each discovery response, apply to each discovery request. The fact that Defendants have provided responses to Plaintiffs' Interrogatories does not waive any objection they have asserted. Moreover, Defendants reserve the right to assert other objections to Plaintiffs' Interrogatories. Further, Defendants' investigation and discovery is ongoing, and Defendants reserve the right to supplement their responses to Plaintiffs' Interrogatories.

2. Defendants object to the Interrogatories, to the extent that they seek information or require answers that fall outside the scope of the proceeding and, therefore, have no relation to the allegations or claims presented by Plaintiffs.

3. Defendants further object to any Interrogatory that is not reasonably calculated to lead to the discovery of admissible evidence.

4. Defendants object to the Interrogatories to the extent they are so overbroad, unduly burdensome, or expensive so as to outweigh any relevance of the information requested. Defendants further object to any Interrogatory that is unreasonably cumulative or duplicative, or can be or has been obtained from another source that is more convenient, less burdensome, or less expensive.

5. Defendants object to the Interrogatories to the extent they seek information that is protected by attorney-client privilege, work product doctrine, the joint-defense or



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

common-interest privilege, joint-prosecution privileges, investigative and law-enforcement privileges, or by any other privilege or immunity from disclosure. Defendants object to the instructions to the extent they purport to require Defendants to disclose work product with its responses.

6. Defendants object to the Interrogatories to the extent they request disclosure of information that is in the public domain, or is otherwise as readily available to Plaintiffs from other sources. Such requests impose an unfair, undue, and costly burden on Defendants. Further, Defendants object to requests for information that seek information that is not in Defendants' possession, custody, or control or that otherwise exceeds the scope of permissible discovery.

7. Defendants object to the Interrogatories to the extent they seek a legal conclusion or would require Defendants to reach a legal conclusion in order to prepare a response.

8. Defendants object to Plaintiffs' prefatory instructions and definitions to the extent they require more than the Federal Rules of Civil Procedure require a party to provide in discovery. Defendants neither agree nor stipulate to the preceding definitions and instructions.

## II. INTERROGATORIES

**INTERROGATORY NO. 2:** For each of the past three school years, please provide the number of individuals in Washington who received special education services pursuant to the IDEA who had such special education services terminated because they had turned 21 years of age, including, without limitation, pursuant to a prior written notice referring to Wash. Admin. Code § 392.172A.02000(2)(c) or Wash. Rev. Code § 28A.155.020.

**ANSWER:** Defendants object to this Interrogatory as impermissibly vague, overbroad, and not relevant to any party's claim or defense, because the term "special education services" is undefined, the phrase "because they had turned 21 years of age" is ambiguous as to the causal role of an individual's turning 21 vis-à-vis other reasons for termination, and "past



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

three school years" is undefined. Subject to and without waiving the foregoing objections, Defendants respond as follows.

In Washington, when a student who has an IEP and receives special education services as defined in Wash. Admin. Code § 392-172A-01175 exits the special education program, the student's school district is responsible for reporting to OSPI a reason for the student's exit, and only one reason may be reported even if multiple reasons exist. School districts choose their own codes to correspond to one of several possible reasons, and the school district selects and reports one. Generally, OSPI does not verify that a school district's use of a code is accurate. Moreover, a school district's code selection may not reflect any assessment by the school district that one reason for a student's exit is the exclusive reason. An assessment of the full scope of the reason or reasons for a student's departure from a school district would need to be conducted on a student-by-student basis using information that the school districts possess. Subject to those qualifications and based on the limited information in OSPI's possession, there are approximately 37 students who had IEPs, were receiving special education services as defined in Wash. Admin. Code § 392-172A-01175 when the student exited the reporting school district, exited the reporting school district in the 2020-21 or 2021-22 school years, and for whom the reporting school district assigned an exit code of "Reached Maximum Age" (RMA) for federal reporting purposes. The data published at https://www.k12.wa.us/sites/default/files/public/specialed/data/pubdocs/Wa_State_ExitingPartB_2020-2021.xlsx and https://www.k12.wa.us/sites/default/files/public/specialed/data/pubdocs/Wa_State_ExitingPartB_2021-2022.xlsx does not include four known students who were assigned an RMA exit code after June 2022. Districts have not yet reported data for the 2022-23 school year.

Defendants continue to investigate intra-state reporting codes different from the RMA exit code that could potentially include other students who had IEPs, were receiving special education services as defined in Wash. Admin. Code § 392-172A-01175 when the student exited



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

the reporting school district and exited the reporting school district in the 2020-21 or 2021-22 school years. Defendants will supplement their response to this Interrogatory if necessary.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 2:**

Defendants object to this Interrogatory as impermissibly vague, overbroad, and not relevant to any party's claim or defense, because the term "special education services" is undefined, the phrase "because they had turned 21 years of age" is ambiguous as to the causal role of an individual's turning 21 vis-à-vis other reasons for termination, and "past three school years" is undefined. Subject to and without waiving the foregoing objections, Defendants respond as follows.

In Washington, when a student who has an IEP and receives special education services as defined in Wash. Admin. Code § 392-172A-01175 exits the special education program, the student's school district is responsible for reporting to OSPI a reason for the student's exit, and only one reason may be reported even if multiple reasons exist. School districts choose their own codes to correspond to one of several possible reasons, and the school district selects and reports only one. Generally, OSPI does not verify that a school district's use of a code is accurate. Moreover, a school district's code selection may not reflect any assessment by the school district that one reason for a student's exit is the exclusive reason. An assessment of the full scope of the reason or reasons for a student's departure from a school district would need to be conducted on a student-by-student basis using information that the school districts possess. Defendants have identified two exit codes that could potentially relate to a student's exit due to age, among other potential reasons: (1) "Attended 4 years or more and did not graduate (student drops or ages out)" (D2) and (2) "Reached Maximum Age" (RMA). The RMA code is used for federal reporting purposes, but the D2 code is not. Subject to those qualifications and based on the limited information in OSPI's possession, there are approximately 154 students who had IEPs, turned 21 before the beginning of the next school year, were receiving special education services as defined in Wash. Admin. Code § 392-172A-01175 when the student exited the reporting



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

school district, exited the reporting school district in June through August of the 2020-21 or 2021-22 school years, and for whom the reporting school district assigned an exit code of D2 or RMA. Districts have not yet reported data for the 2022-23 school year.

DATED this 6th day of March, 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Brian H. Rowe*
S. TODD SIPE, WSBA #23203
ELANA S. MATT, WSBA #37719
BRIAN H. ROWE, WSBA #56817
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Todd.Sipe@atg.wa.gov
Elana.Matt@atg.wa.gov
Brian.Rowe@atg.wa.gov
*Attorneys for Defendants Chris Reykdal and Office of Superintendent of Public Instruction*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be served, via electronic mail, per agreement, on the following:

Ian Crosby
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
icrosby@susmangodfrey.com
slandholm@susmangodfrey.com
*Counsel for Plaintiffs*

Lara Hruska
Alex Hagel
Kaitlin Leifeur-Masterson
Cedar Law PLLC
113 Cherry Street, PMB 96563
Seattle, WA 98104
lara@cedarlawpllc.com
alex@cedarlawpllc.com
kaitlin@cedarlawpllc.com
*Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 6th day of March 2023, at Seattle, Washington.

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
Assistant Attorney General

# EXHIBIT 4

BEdA Handbook

# Eligible BEdA Students

## Requirements for Enrollment in Basic Education for Adults

Adults and out-of-school youth may not be denied participation in Basic Education for Adults (BEdA, ESL, GED® Prep, HSC, HSE, HS+) because they do not have state residency, do not have U.S. citizenship, or because they will not share their Social Security Numbers.

To participate in Basic Education for Adults in Washington State, an eligible individual is someone who is:

A. At least 16 years of age;
B. Not enrolled or be required to be enrolled in secondary school under State law; and
C. Who also:
   i. Lacks sufficient mastery of basic educational skills to enable the individuals to function effectively in society;
   ii. Does not have a secondary school diploma or its recognized equivalent, and has not achieved an equivalent level of education;
   iii. Is an English language learner who has limited ability in reading, writing, speaking, or comprehending the English language, and—
      a. Whose native language is a language other than English; or
      b. Who lives in a family or community environment where a language other than English is the dominant language.

## High School Release

State regulations require that certain students under 18 years of age obtain permission from their high school in order to participate in BEdA: "WAC 180-51-050 (http://app.leg.wa.gov/wac/default.aspx?cite=180-51-050) … (7) A student must first obtain a written release from their school district to enroll in a high school completion program under subsection (3) of this section if the student has not reached age eighteen or whose class has not graduated."

## Residency/Citizenship

There is no state or U.S. citizenship residency requirement for BEdA participation. Proof of residency of citizenship is not required to enroll in Basic Education for Adults classes.

## Visas

People who are in this country on a student (F-1, M-1) visa (https://travel.state.gov/content/travel/en/us-visas/study/student-visa.html) are not allowed to participate in publicly (state and federal) funded adult education.

People in this country as “nannies” or “au pairs” on a study exchange (J-1) visa (https://travel.state.gov/content/travel/en/us-visas/study/exchange.html) are required to participate in college-level academic classes, not in BEdA. Homeland Security may have additional procedural rules regarding non-citizens.

# Justice Involved Individuals

Justice Involved Individuals in a Washington State prison who meet the requirements of adult education and requirements in DOC policy are eligible to participate in BEdA programs offered at all correctional facilities.

*GED® and GED Testing Service® are registered trademarks of the American Council on Education ("ACE"). They may not be used or reproduced without the express written permission of ACE or GED Testing Service (https://www.gedtestingservice.com/educators/home). The GED® and GED Testing Service® brands are administered by GED Testing Service LLC under license from the American Council on Education.*

## BEdA Handbook Table of Contents

- Adult Education and Family Literacy Act (AEFLA) Activities (/colleges-staff/programs-services/basic-education-for-adults/beda-handbook/aefla-activities.aspx)
- Program Requirements for Approved BEdA Providers (/colleges-staff/programs-services/basic-education-for-adults/beda-handbook/program-requirements.aspx)
- Eligible BEdA Students (/colleges-staff/programs-services/basic-education-for-adults/beda-handbook/eligible-students.aspx)
- BEdA Funding (/colleges-staff/programs-services/basic-education-for-adults/beda-handbook/funding.aspx)
- BEdA Grants and Application Processes (/colleges-staff/programs-services/basic-education-for-adults/beda-handbook/grants.aspx)
- BEdA Reporting and Compliance (/colleges-staff/programs-services/basic-education-for-adults/beda-handbook/reporting-compliance.aspx)
- Instructional Support and Strategies (/colleges-staff/programs-services/basic-education-for-adults/beda-handbook/instructional-support.aspx)
- BEdA Training and Technical Assistance (/colleges-staff/programs-services/basic-education-for-adults/beda-handbook/training.aspx)

Page Manager: sbell@sbctc.edu (mailto:sbell@sbctc.edu?subject=https://www.sbctc.edu/colleges-staff/programs-services/basic-education-for-adults/beda-handbook/eligible-students.aspx)
Last Modified: 8/4/21, 9:55 AM

# EXHIBIT 5

# High School+

*High School+ information for students (/becoming-a-student/basic-education/hs-diploma-student.aspx)*

High School+ (HS+) is a competency-based high school diploma program for adult learners 18 and older who do not have a high school diploma or equivalency.

Adults demonstrate competencies in reading, writing and math contextualized in science, history, government, occupational studies, and digital literacy.




This can be done through alternative means including, but not limited to:

- high school and college transcript credits
- work, life, military experience
- prior learning portfolio
- credit for testing

This program expands high school completion options already offered by the community and technical college system to include a comprehensive approach that aligns with adult learning styles and includes competency-based assessments that demonstrate the academic, career and personal competencies needed in further education and employment.

Students are eligible for basic skills tuition rates.

# Contact

**Troy Goracke**
Policy Associate, Basic Education for Adults
tgoracke@sbctc.edu (mailto:tgoracke@sbctc.edu)
360-704-4361

## Dropout Prevention and Retrieval

Keeping students in school so they graduate is a high priority for community and technical colleges. Get more information about dropout prevention and retrieval (https://www.wtb.wa.gov/planning-programs/past-workforce-projects/) from the Workforce Training and Education Board.

## Related Content

- HS+ Program Brief [PDF]
- HS+ Outcomes Report [PDF]
- HS+ Program Handbook (/colleges-staff/programs-services/high-school-plus/hs-plus-handbook/default.aspx)
- HS+ Program Requirements (/colleges-staff/programs-services/high-school-plus/hs-plus-handbook/program-requirements.aspx)
- HS+ Innovations (/colleges-staff/programs-services/high-school-plus/hs-plus-handbook/innovations.aspx)
- HS+ Resources (/colleges-staff/programs-services/high-school-plus/hs-plus-handbook/resources.aspx)

Page Manager: sbell@sbctc.edu (mailto:sbell@sbctc.edu?subject=https://www.sbctc.edu/colleges-staff/programs-services/high-school-plus/default.aspx)
Last Modified: 9/24/21, 4:01 PM

# EXHIBIT 6

# GED® Testing and Transcripts

*GED® testing information for college staff (/colleges-staff/programs-services/basic-education-for-adults/hse-ged.aspx)*

If you have not earned a high school diploma, consider taking the GED® tests (https://www.gedtestingservice.com/educators/2014test). After passing the four-part tests, you will receive a certificate showing that you have the same level of knowledge as a high school graduate.  The tests can be taken at a test center or online.

Most colleges and employers accept the GED® credential as being equivalent to a high school diploma. Earning a GED® credential opens doors to college and better jobs.

**Expand All**

## + What is the GED® exam?

## + Who can take the GED® tests?

## + I'm younger than 19 years old. What should I do?

## + Can the tests be taken online?

## + How much does it cost?

## + How do I sign up for the tests?

## + How can I prepare?

## + How can I check my scores?

## + When do I get my certificate?

## + How can I request my GED® transcripts?

## + How can I verify that an employee or student has received a GED® certificate?

+ How can I get GED® records from other states, jurisdictions, overseas or from the military?

# SBCTC Staff Contact

**Troy Goracke**
GED® Administrator
tgoracke@sbctc.edu (mailto:tgoracke@sbctc.edu)

*GED® and GED Testing Service® are registered trademarks of the American Council on Education ("ACE"). They may not be used or reproduced without the express written permission of ACE or GED Testing Service (https://www.gedtestingservice.com/educators/home). The GED® and GED Testing Service® brands are administered by GED Testing Service LLC under license from the American Council on Education.*

## High School Diploma Options

Our colleges also make it possible for adults to earn actual high school diplomas (/becoming-a-student/basic-education/hs-diploma-student.aspx).

## Resource Links

- Occupations that are in demand (https://esd.wa.gov/labormarketinfo/learn-about-an-occupation#/search)
- Washington Career Bridge (http://www.careerbridge.wa.gov/)
- WorkSource office locator (https://worksourcewa.com/microsite/content.aspx?appid=MGSWAOFFLOC&pagetype=simple&seo=officelocator)

## Contact for General GED® Testing Questions

**GED® Program Information Line for Washington state**
360-704-4410

Page Manager: shagreen@sbctc.edu (mailto:shagreen@sbctc.edu?subject=https://www.sbctc.edu/becoming-a-student/basic-education/ged-students.aspx)
Last Modified: 10/12/22, 9:26 AM

# EXHIBIT 7

# Basic Education for Adults

*Basic Education for Adults information for college staff (/colleges-staff/programs-services/basic-education-for-adults/default.aspx)*

## Learn Skills for a Better Life

Do you want to improve your math, reading, writing and employability skills? Learn English? Get a high school diploma or GED®? Our Basic Education for Adults classes will help you transition into college or a career.

## Eligibility

- Adults who are at least 16 years old.
- Students under 19 must be formally released from high school before enrolling.

## Tuition

- $25 per quarter for Basic Education for Adults (/becoming-a-student/basic-education/adult-basic-education-student.aspx)programs (except I-BEST). Many colleges waive that fee altogether for students who are unable to pay.
- Students who choose to take college-level classes and earn college credits pay standard tuition and fees. Financial assistance may be available (/paying-for-college/default.aspx).

## Programs and Services

**Expand All**

+ Reading, Writing, Math Foundations and Employability Skills

+ Integrated Basic Education and Skills Training (I-BEST)

+ English as a Second Language (ESL, I-DEA)

+ Adult High School Diploma Programs (High School+)

+ General Educational Development Testing (GED®)

*GED® and GED Testing Service® are registered trademarks of the American Council on Education ("ACE"). They may not be used or reproduced without the express written permission of ACE or GED Testing Service (https://www.gedtestingservice.com/educators/home). The GED® and GED Testing Service® brands are administered by GED Testing Service LLC under license from the American Council on Education.*

## CASAS Assessment

All students entering Basic Education for Adult classes take the Comprehensive Adult Student Assessment System (CASAS) so they can be placed in the right level of classes. The information on these tests relate directly to everyday reading and math skills.

Page Manager: clowder@sbctc.edu (mailto:clowder@sbctc.edu?subject=https://www.sbctc.edu/becoming-a-student/basic-education/adult-basic-education-student.aspx)
Last Modified: 12/3/20 4:41 PM

# EXHIBIT 8

**2019-20 Basic Skills State Funded Students Headcount**

| | Summer | | Fall | | Winter | | Spring | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| College | # Enrolled | # with Waiver | # Enrolled | # with Waiver | # Enrolled | # with Waiver | # Enrolled | # with Waiver | # Enrolled | # with Waiver | % with Waiver |
| BATES | 89 | 0 | 93 | 0 | 75 | 0 | 67 | 0 | 324 | 0 | 0% |
| BELLEVUE | 452 | 49 | 1053 | 130 | 1050 | 111 | 785 | 85 | 3340 | 375 | 11% |
| BELLINGHAM | 65 | 18 | 127 | 16 | 111 | 14 | 85 | 16 | 388 | 64 | 16% |
| BIG BEND | 65 | 15 | 340 | 6 | 429 | 5 | 104 | 22 | 938 | 48 | 5% |
| CASCADIA | 133 | 16 | 238 | 31 | 226 | 20 | 138 | 0 | 735 | 67 | 9% |
| CENTRALIA | 134 | 119 | 267 | 250 | 289 | 271 | 187 | 183 | 877 | 823 | 94% |
| CLARK | 514 | 161 | 890 | 0 | 791 | 181 | 538 | 71 | 2733 | 413 | 15% |
| CLOVER PARK | 218 | 180 | 430 | 327 | 444 | 350 | 266 | 224 | 1358 | 1081 | 80% |
| COLUMBIA BASIN | 347 | 81 | 592 | 148 | 532 | 127 | 348 | 261 | 1819 | 617 | 34% |
| EDMONDS | 830 | 235 | 1331 | 434 | 1254 | 398 | 893 | 298 | 4308 | 1365 | 32% |
| EVERETT | 462 | 64 | 1064 | 215 | 923 | 172 | 712 | 90 | 3161 | 541 | 17% |
| GRAYS HARBOR | 106 | 95 | 319 | 279 | 303 | 277 | 198 | 178 | 926 | 829 | 90% |
| GREEN RIVER | 688 | 254 | 1011 | 367 | 894 | 357 | 615 | 259 | 3208 | 1237 | 39% |
| HIGHLINE | 1850 | 1825 | 2980 | 2978 | 2762 | 2753 | 1638 | 1620 | 9230 | 9176 | 99% |
| LAKE WASHINGTON | 301 | 47 | 676 | 102 | 683 | 94 | 313 | 60 | 1973 | 303 | 15% |
| LOWER COLUMBIA | 360 | 0 | 641 | 0 | 611 | 0 | 479 | 414 | 2091 | 414 | 20% |
| OLYMPIC | 187 | 115 | 295 | 171 | 245 | 0 | 212 | 171 | 939 | 457 | 49% |
| PENINSULA | 97 | 33 | 219 | 107 | 221 | 113 | 109 | 7 | 646 | 260 | 40% |
| PIERCE | 396 | 122 | 607 | 204 | 501 | 179 | 411 | 233 | 1915 | 738 | 39% |
| RENTON | 857 | 38 | 1611 | 164 | 1383 | 167 | 1126 | 153 | 4977 | 522 | 10% |
| SEATTLE CENTRAL | 708 | 236 | 1058 | 243 | 977 | 203 | 585 | 502 | 3328 | 1184 | 36% |
| SEATTLE NORTH | 329 | 15 | 740 | 57 | 630 | 69 | 465 | 67 | 2164 | 208 | 10% |
| SEATTLE SOUTH | 523 | 233 | 796 | 389 | 699 | 330 | 448 | 448 | 2466 | 1400 | 57% |
| SHORELINE | 262 | 38 | 412 | 58 | 423 | 76 | 285 | 89 | 1382 | 261 | 19% |
| SKAGIT VALLEY | 266 | 194 | 609 | 494 | 586 | 488 | 448 | 316 | 1909 | 1492 | 78% |
| SOUTH PUGET SOUND | 217 | 0 | 401 | 0 | 402 | 0 | 293 | 0 | 1313 | 0 | 0% |
| SPOKANE | 879 | 194 | 1486 | 225 | 1373 | 230 | 957 | 169 | 4695 | 818 | 17% |
| TACOMA | 303 | 105 | 471 | 179 | 451 | 192 | 376 | 142 | 1601 | 618 | 39% |
| WALLA WALLA | 113 | 16 | 220 | 27 | 210 | 14 | 131 | 4 | 674 | 61 | 9% |
| WENATCHEE VALLEY | 40 | 35 | 292 | 86 | 313 | 85 | 212 | 20 | 857 | 226 | 26% |
| WHATCOM | 63 | 0 | 307 | 0 | 306 | 0 | 214 | 0 | 890 | 0 | 0% |
| YAKIMA VALLEY | 264 | 4 | 777 | 56 | 925 | 57 | 367 | 7 | 2333 | 124 | 5% |
| **TOTALS** | **12118** | **4537** | **22353** | **7743** | **21022** | **7333** | **14005** | **6109** | **69498** | **25722** | **37%** |

The basic skills waiver information is not accurate for the term in which a college transitioned to ctcLink.

Exhibit
T. Goracke
4/10/2023
5

**2020-21 Basic Skills State Funded Students Headcount**

| | Summer | | Fall | | Winter | | Spring | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| College | # Enrolled | # with Waiver | # Enrolled | # with Waiver | # Enrolled | # with Waiver | # Enrolled | # with Waiver | # Enrolled | # with Waiver | % with Waiver |
| BATES | 95 | 0 | 146 | 0 | 131 | 0 | 120 | 0 | 492 | 0 | 0% |
| BELLEVUE | 531 | 31 | 842 | 118 | 953 | 94 | 950 | 78 | 3276 | 321 | 10% |
| BELLINGHAM | 86 | 10 | 122 | 18 | 97 | 10 | 117 | 25 | 422 | 63 | 15% |
| BIG BEND | 39 | 3 | 167 | 19 | 215 | 7 | 160 | 1 | 581 | 30 | 5% |
| CASCADIA | 91 | 4 | 145 | 8 | 169 | 9 | 156 | 6 | 561 | 27 | 5% |
| CENTRALIA | 116 | 113 | 160 | 154 | 186 | 0 | 170 | 143 | 632 | 410 | 65% |
| CLARK | 285 | 58 | 454 | 71 | 447 | 67 | 481 | 55 | 1667 | 251 | 15% |
| CLOVER PARK | 298 | 268 | 330 | 279 | 369 | 302 | 358 | 294 | 1355 | 1143 | 84% |
| COLUMBIA BASIN | 173 | 6 | 376 | 219 | 448 | 413 | 464 | 202 | 1461 | 840 | 57% |
| EDMONDS | 620 | 230 | 920 | 343 | 1006 | 0 | 996 | 312 | 3542 | 885 | 25% |
| EVERETT | 459 | 36 | 612 | 84 | 596 | 43 | 677 | 41 | 2344 | 204 | 9% |
| GRAYS HARBOR | 107 | 101 | 244 | 224 | 238 | 223 | 186 | 170 | 775 | 718 | 93% |
| GREEN RIVER | 355 | 186 | 494 | 257 | 573 | 311 | 560 | 330 | 1982 | 1084 | 55% |
| HIGHLINE | 1495 | 1487 | 2042 | 2020 | 2417 | 0 | 2197 | 2154 | 8151 | 5661 | 69% |
| LAKE WASHINGTON | 217 | 58 | 337 | 111 | 340 | 93 | 320 | 81 | 1214 | 343 | 28% |
| LOWER COLUMBIA | 324 | 273 | 540 | 477 | 505 | 471 | 524 | 465 | 1893 | 1686 | 89% |
| OLYMPIC | 109 | 75 | 180 | 130 | 236 | 171 | 244 | 188 | 769 | 564 | 73% |
| PENINSULA | 54 | 1 | 133 | 0 | 129 | 40 | 129 | 33 | 445 | 74 | 17% |
| PIERCE | 275 | 192 | 410 | 251 | 423 | 255 | 469 | 179 | 1577 | 877 | 56% |
| RENTON | 808 | 43 | 1180 | 163 | 1178 | 182 | 1135 | 153 | 4301 | 541 | 13% |
| SEATTLE CENTRAL | 474 | 455 | 494 | 91 | 504 | 0 | 503 | 125 | 1975 | 671 | 34% |
| SEATTLE NORTH | 266 | 18 | 634 | 69 | 583 | 0 | 559 | 318 | 2042 | 405 | 20% |
| SEATTLE SOUTH | 320 | 319 | 407 | 407 | 486 | 0 | 437 | 423 | 1650 | 1149 | 70% |
| SHORELINE | 256 | 73 | 276 | 54 | 308 | 96 | 293 | 146 | 1133 | 369 | 33% |
| SKAGIT VALLEY | 141 | 100 | 437 | 348 | 437 | 348 | 493 | 397 | 1508 | 1193 | 79% |
| SOUTH PUGET SOUND | 221 | 0 | 371 | 0 | 346 | 0 | 337 | 0 | 1275 | 0 | 0% |
| SPOKANE | 614 | 124 | 940 | 151 | 1111 | 253 | 995 | 245 | 3660 | 773 | 21% |
| TACOMA | 267 | 59 | 327 | 94 | 340 | 84 | 331 | 65 | 1265 | 302 | 24% |
| WALLA WALLA | 64 | 0 | 87 | 1 | 110 | 2 | 111 | 6 | 372 | 9 | 2% |
| WENATCHEE VALLEY | 58 | 17 | 227 | 92 | 238 | 0 | 256 | 103 | 779 | 212 | 27% |
| WHATCOM | 59 | 0 | 188 | 0 | 187 | 0 | 185 | 0 | 619 | 0 | 0% |
| YAKIMA VALLEY | 134 | 0 | 378 | 15 | 554 | 6 | 683 | 7 | 1749 | 28 | 2% |
| **TOTALS** | **9411** | **4340** | **14600** | **6268** | **15860** | **3480** | **15596** | **6745** | **55467** | **20833** | **38%** |

The basic skills waiver information is not available for the term the college transitioned to ctcLink.

**2021-22 Basic Skills State Funded Students Headcount**

| | Summer | | Fall | | Winter | | Spring | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **College** | **# Enrolled** | **# with Waiver** | **# Enrolled** | **# with Waiver** | **# Enrolled** | **# with Waiver** | **# Enrolled** | **# with Waiver** | **# Enrolled** | **# with Waiver** | **% with Waiver** |
| BATES | 104 | 0 | 107 | 0 | 90 | 0 | 67 | 22 | 368 | 22 | 6% |
| BELLEVUE | 239 | 3 | 828 | 87 | 752 | 59 | 750 | 59 | 2569 | 208 | 8% |
| BELLINGHAM | 72 | 13 | 117 | 23 | 125 | 79 | 142 | 99 | 456 | 214 | 47% |
| BIG BEND | 86 | 0 | 284 | 2 | 202 | 0 | 248 | 0 | 820 | 2 | 0% |
| CASCADIA | 102 | 3 | 85 | 33 | 94 | 30 | 106 | 18 | 387 | 84 | 22% |
| CENTRALIA | 97 | 94 | 180 | 176 | 204 | 197 | 197 | 195 | 678 | 662 | 98% |
| CLARK | 319 | 41 | 571 | 63 | 515 | 56 | 649 | 135 | 2054 | 295 | 14% |
| CLOVER PARK | 232 | 177 | 364 | 265 | 318 | 237 | 309 | 168 | 1223 | 847 | 69% |
| COLUMBIA BASIN | 219 | 118 | 453 | 232 | 522 | 253 | 432 | 114 | 1626 | 717 | 44% |
| EDMONDS | 582 | 202 | 876 | 304 | 893 | 327 | 921 | 320 | 3272 | 1153 | 35% |
| EVERETT | 579 | 16 | 823 | 0 | 687 | 562 | 754 | 133 | 2843 | 711 | 25% |
| GRAYS HARBOR | 95 | 85 | 208 | 186 | 195 | 21 | 212 | 31 | 710 | 323 | 45% |
| GREEN RIVER | 406 | 223 | 670 | 343 | 604 | 313 | 673 | 323 | 2353 | 1202 | 51% |
| HIGHLINE | 1775 | 1470 | 2493 | 2185 | 2649 | 2268 | 2762 | 2235 | 9679 | 8158 | 84% |
| LAKE WASHINGTON | 189 | 43 | 315 | 68 | 320 | 25 | 348 | 68 | 1172 | 204 | 17% |
| LOWER COLUMBIA | 367 | 312 | 575 | 486 | 366 | 334 | 460 | 374 | 1768 | 1506 | 85% |
| OLYMPIC | 133 | 111 | 261 | 180 | 236 | 178 | 245 | 161 | 875 | 630 | 72% |
| PENINSULA | 80 | 20 | 142 | 34 | 141 | 6 | 150 | 0 | 513 | 60 | 12% |
| PIERCE | 332 | 186 | 321 | 136 | 306 | 111 | 356 | 118 | 1315 | 551 | 42% |
| RENTON | 765 | 68 | 1187 | 189 | 1013 | 172 | 1018 | 481 | 3983 | 910 | 23% |
| SEATTLE CENTRAL | 330 | 97 | 551 | 116 | 498 | 71 | 605 | 82 | 1984 | 366 | 18% |
| SEATTLE NORTH | 370 | 144 | 651 | 114 | 588 | 168 | 533 | 238 | 2142 | 664 | 31% |
| SEATTLE SOUTH | 363 | 351 | 484 | 454 | 445 | 432 | 544 | 480 | 1836 | 1717 | 94% |
| SHORELINE | 218 | 95 | 307 | 101 | 317 | 71 | 334 | 179 | 1176 | 446 | 38% |
| SKAGIT VALLEY | 285 | 235 | 502 | 174 | 298 | 72 | 350 | 80 | 1435 | 561 | 39% |
| SOUTH PUGET SOUND | 155 | 0 | 315 | 0 | 301 | 0 | 378 | 0 | 1149 | 0 | 0% |
| SPOKANE | 671 | 147 | 1062 | 277 | 1107 | 328 | 1274 | 453 | 4114 | 1205 | 29% |
| TACOMA | 263 | 75 | 344 | 74 | 294 | 98 | 330 | 98 | 1231 | 345 | 28% |
| WALLA WALLA | 57 | 0 | 126 | 10 | 121 | 5 | 97 | 0 | 401 | 15 | 4% |
| WENATCHEE VALLEY | 114 | 47 | 322 | 107 | 279 | 181 | 291 | 204 | 1006 | 539 | 54% |
| WHATCOM | 50 | 0 | 192 | 1 | 175 | 4 | 230 | 1 | 647 | 6 | 1% |
| YAKIMA VALLEY | 294 | 3 | 501 | 5 | 478 | 1 | 553 | 0 | 1826 | 9 | 0% |
| **TOTALS** | **9943** | **4379** | **16217** | **6425** | **15133** | **6659** | **16318** | **6869** | **57611** | **24332** | **42%** |

The basic skills waiver information is not available for the term the college transitioned to ctcLink.