The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| N.D., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS REYKDAL, et al.,<br><br>Defendants. | NO. 2:22-cv-01621-LK<br><br>DECLARATION OF DEVIN GURLEY IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |

I, Devin Gurley, hereby declare as follows:

1. I am over the age of 18, am competent to testify on matters contained in this Declaration, and make this Declaration based on my own personal knowledge. I am submitting this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. I am the Executive Director of Special Education and Inclusion for the Seattle School District (District). As the Executive Director of Special Education, I am responsible for overseeing the District's Special Education Department. This includes managing and overseeing administration of special education department, programs, and services, including policy, personnel, budget, legal issues, compliance, and monitoring.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

3. I have more than 22 years of experience in education. I have worked for the District for approximately nineteen years. I have served in the roles of Special Education Teacher, Special Education Program Specialist, Special Education Supervisor, Director of Special Education, and Executive Director of Special Education and Inclusion.

4. Prior to this, I worked as a special education teacher in a self-contained classroom in Orange County, North Carolina. This role included planning and implementing transition services for students with developmental disabilities.

5. Previously, I worked as a high school special education teacher in Fairfax County, Virginia. In this role, I was charged with serving high school students receiving special education services, which included drafting and implementing their Individualized Education Programs (IEPs). Because many of my high school students were sixteen or older, the IEPs included transition services aimed at helping students reach their postsecondary goals.

6. As part of my work for the Seattle School District, I am familiar with the planning, budgeting, and hiring processes for the provision of special education services to students in the District. Given my previous experiences, including my various roles in the District, I am knowledgeable about special education, including transition service development and implementation.

7. The Seattle School District is the largest K-12 district in Washington State. The District has approximately 50,000 students in over 100 schools. Our student population is racially and socioeconomically diverse. Nearly one-third of students qualify for free/reduced-price lunch. Twenty percent of students qualify for Multilingual services. Approximately 13 percent of students qualify for special education.

8. The District employs more than 7,200 full-time staff.

9. Given the size and complexity of the District, the planning, budgeting, and hiring processes begin thirteen months in advance of the start of a new school year. For 2023-24 school year, which will start on September 6, 2023, budgeting began in August 2022. This

was a particularly challenging year given the District's budget shortfall. Decisions about school-based staffing were made in February 2023, with displacements for next school year happening in March and April 2023. The District's final budget proposal was completed by May 1, 2023 to ensure adequate time for School Board approval and for the budget to be approved by the State. The District's budget can be found https://www.seattleschools.org/wp-content/uploads/2022/09/2022-23-Adopted-Budget-Book_Final_Online.pdf.

10. To remedy the District's widely publicized budget deficit of $131 million for the 2023-2024 school year, the District will be depleting its Economic Stabilization Fund ("rainy day fund") and cutting staff and District programs.

11. While the District's cuts are not aimed at educators, since the COVID pandemic, similar to other districts across Washington and the country, we have faced difficulty staffing teaching and instructional assistant (IA) positions. While the District is continuously working to hire and retain staff, as of late May 2023, the District has 84 unfilled IA positions and 82 unfilled certificated teacher positions, with 23 of those being certificated special education teachers.

12. As such, the District has been extremely intentional in planning for next year's special education services to ensure each school and program is staffed and there is adequate space for students. This includes the District's transition services program, BRIDGES. Based on projected student enrollment, our Operations team needs to know around December if any additional classroom spaces are needed. Significant lead time is needed to ensure that budgeting, planning, bidding, permitting, and the build-out is complete before the school year starts.

13. This year, there are forty-three (43) students who will be 21 by August 31, 2023, and who will exit the District at the end of the 2022-2023 school year. The District has planned for their exit for years, in accordance with the IEPs developed by each student's IEP team.

14. A student's IEP must contain transition services once the student turns 16 years old. The student's team reviews and updates the IEP, including transition goals and services, at least annually. The transition plan provides a roadmap through secondary schooling, as well as



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

the years immediately following high school, to facilitate students' transitions from school to post-school activities, including postsecondary education, vocational education, integrated and/or supported employment, independent living, and community participation.

15. The majority of the District's students who will continue to need special education services from ages 18-21, receive their individualized post-secondary transition services in the BRIDGES program.

16. The BRIDGES Transition program is designed for young adults with disabilities ages 18-21 who continue to need special education services to meet their own unique post-secondary transition goals. BRIDGES instruction focuses on personal living skills, employability, daily and community living, functional academics, and connection with the agencies that are available to assist students once they exit the District. Because transition planning begins by students' sixteenth birthdays, it is intentional and scaffolded– for example, students gain skills on campus and as skills progress, transition more into the community with the intention of meeting their post-secondary goals by the time students exit the program.

17. Students' IEP teams have spent years preparing students to transition to post-school adulthood in their 21st year, or earlier depending on individualized team decisions. The teams have utilized backward planning, partnering with the students' families and community agencies to meet the students' post-school goals. When transitioning students into the community, the team links students with adult-service agencies and employment opportunities. There is significant collaboration and planning with outside agencies and organizations so that when students are exited from our District, the students are ready and adult service agencies are prepared to help with the transition.

18. While each transition plan is individualized, students who require transition services through an 18–21 program often have complex needs, requiring a low student-to-staff ratio, one-to-one support, or additional services (e.g., nursing, behavioral specialists, and/or door-to-door transportation). The District's programs for 18–21 year old students are staffed at



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

a ratio of either 6 students to 3 staff members (1 teacher and 2 IAs) or 10 students to 3 staff members (1 teacher and 2 IAs) depending on the level of student need.

19. If the District were required to provide special education services to forty-three students for another year, on such short notice, it would result in significant budgetary, staffing, and capacity problems.

20. As discussed above, the District already has 84 IA and 23 certificated special education teacher vacancies. The main hiring season for teachers and IAs has already passed. Given the staffing ratio of the BRIDGES program, the District would need to hire at least five more special education teachers and eight IAs. Given the timing of the year, the limited applicant pool, and the District's current staffing shortages, these positions are highly unlikely to be filled. There will not be sufficient staff available to serve these students.

21. Even if there were local applicants available for hire to provide special education services for the forty-three students next school year, their salaries and benefits would cost roughly $1,300,000. As these students are not eligible for special education services under current Washington law, this money was not budgeted for and as discussed above, the current 2023-2024 budget depletes the District's rainy day fund.

22. Teacher and IA salaries are only a portion of the financial implication. The District estimates that door-to-door transportation would cost an additional $273,000. Moreover, the District would need five additional classrooms and is already at capacity in its BRIDGES program. It would need to either convert an existing high school classroom into a BRIDGES classroom, which would cost an estimated $150,000 per classroom, or add portables to a school site for an estimated $200,000 per portable. As discussed above, due to permitting, budgeting, and other considerations, this requires significant advance planning. Further, these costs do not include curriculum, special education equipment, or technology, which can be extremely costly depending on the individual student's needs—potentially hundreds of thousands of dollars more.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

23. Contracting with other service providers for the District's forty-three students is not an option. Washington State does not have sufficient standalone 18-21 non-public agencies that can serve our students. Out-of-state is not an option for this current cohort. First, their IEPs do not call for an out-of-state residential—this is a much more restrictive environment than called for in their IEPS. Additionally, a key aspect of transition service is connecting the student with community agencies and helping the students transition into their community (i.e., Seattle area). When students are out-of-state, they cannot practice utilizing local resources and finding local employment opportunities (e.g., adult-service agencies such as Developmental Disabilities Administration (DDA), Department of Vocational Rehabilitation (DVR), local school-to-work programs, King County transition resources, local transit, etc.). Even if contracting out these services to other agencies were an option, it would be cost prohibitive - more than a hundred thousand dollars for in-state placement for a student, and up to a half million dollars for out-of-state placement for a single student. This does not include the costs of transportation and/or travel reimbursements for families and students.

24. The District has no assurance that any of these costs would be reimbursable, and given the District's current and prospective financial problems, the District would not be able to bear them without problematic cuts to existing District programs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 30th day of May 2023, at Seattle, WA.

/s/ Devin Gurley
DEVIN GURLEY



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be served via the Court's CM/ECF system and via electronic mail, per agreement, on the following:

Ian Crosby
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
icrosby@susmangodfrey.com
COxley@susmangodfrey.com
*Counsel for Plaintiffs*

Lara Hruska
Alex Hagel
Kaitlin Leifeur-Masterson
Cedar Law PLLC
113 Cherry Street, PMB 96563
Seattle, WA 98104
lara@cedarlawpllc.com
alex@cedarlawpllc.com
kaitlin@cedarlawpllc.com
*Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 30th day of May 2023, at Seattle, Washington.

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
Assistant Attorney General