The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| N.D., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS REYKDAL, et al.,<br><br>Defendants. | NO. 2:22-cv-01621-LK<br><br>DECLARATION OF BETTY LOPEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |

I, Betty Lopez, hereby declare as follows:

1. I am over the age of 18, am competent to testify on matters contained in this Declaration, and make this Declaration based on my own personal knowledge. I am submitting this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

2. I am Executive Director of Special Services for the Selah School District. I have worked for the Selah School District for approximately five years. As part of my work for the Selah School District, I am familiar with the planning, budgeting, and hiring processes for the provision of special education services to students in the district. I am also familiar with individual students in special education programs in the district, including E.A.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

3. The planning, budgeting, and hiring processes began in January 2023 for the 2023–24 school year, which will start on September 1, 2023.

4. As students in special education programs approach age 21, they typically need transition services, which help prepare them for life, work, and further education after their exit from special education programs. Under the IDEA and corresponding regulations, transition services must be included in a student's Individualized Education Program (IEP) once the student turns 16 years old. Students who require transition services through an 18–21 program are often complex, sometimes needing one-on-one support, as E.A. does.

5. This year, there are three students, including E.A., who will exit the Selah School District, likely because they will graduate. The District has planned for their exit for years, in accordance with the IEPs that their IEP teams have developed. At this point, the District has no capacity to provide special education services to these three students for another year. There are several reasons why it would likely be impossible, or at least extremely difficult and to the detriment of general education in the district.

6. First, there is not sufficient staff available to provide special education services for these three students in the coming school year. We would need to hire at least two additional paraeducators; but the hiring season for paraeducators has passed, and there is a limited current applicant pool. Based on my experience in the hiring process, there are likely few available paraeducators who are qualified in the Selah area for the coming school year.

7. Second, even if there were local applicants available for hire to provide special education services for the three students next school year, it would be extremely difficult to arrange for their hiring over the summer break. Our principals and assistant principals do not work over the summer break, so interviews with candidates would have to be curtailed or forgone.

8. Third, the Selah School District does not have available funds in its budget for the coming school year to provide special education services to the three students. If service



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

providers were available, the District would have no way of knowing whether their costs would be reimbursable in whole or in part by state and federal funding sources. There is no mechanism to obtain advance approval at this stage for incurring these costs. Even if regular apportionment for special education were extended to age 22, the costs of hiring out-of-area service providers or contracting out the services would be significant and would require significant reallocation of the District's budget. Such a reallocation could have a severe negative impact on the quality of both general and special education that the district is able to provide.

9. E.A. is currently on track to meet all his requirements for graduating this August, following the completion of an Extended School Year (ESY) program.

10. As I explained above, students in E.A.'s position typically need transition services. For several years, however, E.A.'s parents have refused to consider transition services for E.A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 24 day of May 2023, at Selah, WA.

[signature]

BETTY LOPEZ



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing document to be served via the Court's CM/ECF system and via electronic mail, per agreement, on the following:

Ian Crosby
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
icrosby@susmangodfrey.com
COxley@susmangodfrey.com
*Counsel for Plaintiffs*

Lara Hruska
Alex Hagel
Kaitlin Leifeur-Masterson
Cedar Law PLLC
113 Cherry Street, PMB 96563
Seattle, WA 98104
lara@cedarlawpllc.com
alex@cedarlawpllc.com
kaitlin@cedarlawpllc.com
*Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 30th day of May 2023, at Seattle, Washington.

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
Assistant Attorney General