The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| N.D., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS REYKDAL, et al.,<br><br>Defendants. | NO. 2:22-cv-01621-LK<br><br>DEFENDANTS' SECOND SUPPLEMENTAL BRIEF ON E.A.'S HIGH SCHOOL DIPLOMA |

On July 24, 2023, just four days before E.A. was set to receive the regular high school diploma he has earned, his counsel requested a due process hearing and invoked a "stay-put" that temporarily prevents issuance of his diploma. *See* Dkt. # 52-1, Rowe Decl., Ex. 3. The stay-put means that E.A. must stay in his current school placement and that his school district cannot issue his high school diploma until the due process hearing concludes. *See* Wash. Admin. Code § 392-172A-05125(1); 34 C.F.R § 300.518(a). As explained in Defendants' Opposition to Plaintiffs' Motion to Certify Class, Dkt. # 51 at 9–10, E.A.'s invocation of a stay-put cannot cure his lack of standing to represent a class but confirms he is preoccupied with two unique defenses.

First, it remains unchanged that E.A. has earned a regular high school diploma. *See* Dkt. # 49, Second Lopez Decl. 2–3. He will soon receive that diploma. His due process hearing request disputes but does not seek to enjoin the diploma's issuance, *see* Dkt. # 52-1, Rowe Decl.,



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Ex. 3 at 12–13, merely putting it off for a short period, likely 75 days.[1] *See* 34 C.F.R. § 300.510. After the stay-put period ends, E.A. will be ineligible for further special education services under the IDEA by virtue of his diploma. *See* 34 C.F.R. § 300.102(a)(3)(i). This destroys typicality. *See* Dkt. # 51 at 9–10.

Second, E.A. cannot litigate—much less represent a class—before exhausting administrative channels for the same relief he seeks in litigation. The relief E.A. seeks in his due process hearing request is nearly identical to the relief Plaintiffs seek in their complaint and in their provisional motion. *Compare* Dkt. # 52-1, Rowe Decl., Ex. 3 at 12–13, *with* Dkt. # 31, Am. Compl. at 14, *and* Dkt. # 35-6, Prop. Order at 1. This too destroys typicality. *See* Dkt. # 51 at 10.

For both of these reasons, Plaintiffs' motion fails the "rigorous analysis" required by Rule 23(a). Dkt. # 36 at 4 (citing *Wal-Mart Stores v. Dukes*, 564 U.S. 338, 350–51 (2011)). Plaintiffs' motion for provisional certification should be denied for lack of class representation.

DATED this 4th day of August 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
S. TODD SIPE, WSBA #23203
ELANA S. MATT, WSBA #37719
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Brian.Rowe@atg.wa.gov
Todd.Sipe@atg.wa.gov
Elana.Matt@atg.wa.gov
*Attorneys for Defendants Chris Reykdal and Office of Superintendent of Public Instruction*

[1] As E.A.'s due process hearing request acknowledges, his IEPs noted that he was "on track to graduate" since "at least 2020." Dkt. # 52-1, Rowe Decl., Ex. 3 at 8. He thus could have submitted a due process hearing request long ago, but his parents apparently misunderstood the term "graduate" to mean "age-out." *Id.* At the very latest, had E.A. requested a due process hearing in late May, when his parents admit they realized he would graduate with a diploma, *see id.* at 9–10, the hearing would now likely be nearing conclusion.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing document to be served, via electronic mail, per agreement, on the following:

Ian Crosby
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
icrosby@susmangodfrey.com
COxley@susmangodfrey.com
*Counsel for Plaintiffs*

Lara Hruska
Alex Hagel
Kaitlin Leifeur-Masterson
Cedar Law PLLC
113 Cherry Street, PMB 96563
Seattle, WA 98104
lara@cedarlawpllc.com
alex@cedarlawpllc.com
kaitlin@cedarlawpllc.com
*Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 4th day of August 2023, at Seattle, Washington.

*/s/Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
Assistant Attorney General