THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.D. by and through his parents and co-guardians M.D. and T.D., on behalf of a class of those similarly situated,<br><br>     Plaintiff(s),<br><br>v.<br><br>CHRIS REYKDAL, in his capacity as the SUPERINTENDENT OF PUBLIC INSTRUCTION and OFFICE OF THE SUPERINTENDENT OF PUBLIC INSTRUCTION, a Washington State agency,<br><br>     Defendants. | No. 2:22-cv-01621-LK<br><br>SECOND DECLARATION OF ALEX HAGEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMT AGREEMENT |

I, Alex Hagel, declare as follows:

1. I am an associate with the law firm of Cedar Law PLLC, co-counsel for Plaintiffs in this matter. I am an attorney at law duly licensed to practice before all courts of the State of Washington. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this Declaration in support of Plaintiffs' uncontested Second Motion for Preliminary Approval of the Settlement Agreement.

3. On September 9, 2024, counsel for the Plaintiffs provided to OSPI a Proposed Second Motion for Preliminary Approval. On September 13, 2024, OSPI, through counsel, provided proposed revised edits; those edits have been incorporated into the final Motion that this declaration accompanies.

4. Attached hereto as **Exhibit 1** is the full and complete text of the Settlement

SECOND DECLARATION OF ALEX HAGEL - 1
No. 2:22-cv-01621-LK

1  Agreement.

2      5.      Attached hereto as **Exhibit 2** is the proposed template for individualized notification to class members.

3      6.      Attached hereto as **Exhibit 3** is the proposed template for generalized notification to class members.

4

5

   I declare under penalty of perjury under the laws of the United States of America that the foregoing

6

   is true and correct.

7

8

   Executed on __19__ September, 2024 in Auburn, Washington.

9

10

11

12

13      Alex Hagel

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SECOND DECLARATION OF ALEX HAGEL - 2
No. 2:22-cv-01621-LK