The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.D. et al., on behalf of a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS REYKDAL, in his capacity as the SUPERINTENDENT OF PUBLIC INSTRUCTION and OFFICE OF THE SUPERINTENDENT OF PUBLIC INSTRUCTION, a Washington State agency,<br><br>Defendants. | No. 2:22-cv-01621-LK<br><br>**DECLARATION OF ALEX HAGEL IN SUPPORT OF MOTION FOR FINAL APPROVAL** |

I, Alex Hagel, declare as follows:

1. I am over the age of eighteen and competent to testify to the matters set forth herein. I make this Declaration based on personal knowledge.

2. I am currently a partner at the law Cedar Law PLLC. I am an attorney of record on behalf of the class members in this lawsuit.

3. Following Remand from the Ninth Circuit, OSPI and Plaintiffs began discussing settlement terms. Parties agreed to engage in mediation.



SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-2668
Tel: (206) 516-3880; Fax: (206) 516-3883

4. On July 3, 2024, OSPI provided to Plaintiffs and Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 and the IDEA, 20 U.S.C. § 1415(i)(3)(D). The parties engaged in additional, limited negotiations and reached an agreement on July 18, 2024.

5. On November 22, 2024, this Court granted preliminary approval of the settlement agreement, which required OSPI to take a number of steps to ensure eligible class members received notice. To my knowledge, OSPI has taken those steps.

6. On November 26, 2024 Dr. Tania May sent an email to all superintendents across the state requiring them to provide the notice required in the District Court's order. That email also included detailed explanations – a full page in length – on how Districts were to report the results of the notification plan to OSPI.

7. OSPI has also shared the terms of the settlement agreement with the named disability rights organizations, Arc of Washington, Washington Autism Alliance, and Disability Rights Washington.

8. OSPI has also maintained information on the class action on their website. https://ospi.k12.wa.us/student-success/special-education. That website contains the Court Order, Settlement, and the generic Settlement Notice. As of the date of writing, that website remains up.

9. On January 3, 2025, OSPI through the Attorney General's Office provided me the following information:

> The reporting OSPI has received so far is preliminary and incomplete, in part because many school districts are on holiday break until Monday, January 6. So far, here is the reporting OSPI has received:
>
> - 4 individuals responded to decline any offer of compensatory education.
> - 42 individuals continue to be served in school, with no break in services (they did not require a notification letter, as their exit codes were changed back to enrolled).
> - 3 individuals requested an IEP meeting to discuss compensatory education.



SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-2668
Tel: (206) 516-3880; Fax: (206) 516-3883

- 38 individuals had not responded to the notification as of the end of December 2024.

OSPI has yet to receive reporting on approximately 250 other individuals who received RMA or D2 exit codes. OSPI will follow up on those next week.

10. In my capacity as class counsel, I have fielded four phone calls with class members or parents of class members since November 22, 2024. I also responded to one email message. All of those calls and the email involved me providing information on who they could contact at their schools to access compensatory education. Nobody has expressed dissatisfaction with the agreement to me.

11. As OPSI receives additional information from the school districts, I will provide additional status reports to this Court prior to the scheduled Fairness Hearing.

I declare under the penalty of perjury under the laws of the United States the above is true and correct.

Dated January 6, 2025

Alex Hagel



SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-2668
Tel: (206) 516-3880; Fax: (206) 516-3883