The Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| N.D., et al., | NO. 2:22-cv-01621-LK |
| Plaintiffs, | THIRD DECLARATION OF DR. TANIA MAY |
| v. | |
| CHRIS REYKDAL, et al., | |
| Defendants. | |

I, Dr. Tania May, declare as follows:

1. I am over the age of 18, am competent to testify on matters contained in this Declaration, and make this Declaration based on my own personal knowledge.

2. I am the Assistant Superintendent of Special Education. I lead the Special Education division for the Office of Superintendent of Public Instruction (OSPI). As part of my role, I am familiar with reporting that OSPI has received from local educational agencies (LEAs) regarding their provision of individualized notice to potential class members and the responses LEAs have received from potential class members.

3. On or before November 26, 2024, OSPI directed all LEAs in Washington to provide individualized notice to all class members on the approved template (Dkt. No. 92-1, Ex. A) by December 6, 2024. Exit code data (RMA and D2) since November 11, 2020, showed up to 346 students as potential class members.

THIRD DECL. OF DR. TANIA MAY
NO. 2:22-cv-01621-LK

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

4.      As part of its supervision of LEAs, OSPI required school districts to confirm that they had provided all individualized notices as ordered by the Court. When a school district was late in providing notices, OSPI followed up until they confirmed compliance. According to the reporting OSPI received from LEAs:

- As of December 6, 2024, LEAs had provided individualized notice to 218 students.
- By December 20, 2024, LEAs had provided individualized notice to an additional 67 students, totaling 285 students.
- By January 31, 2025, LEAs had provided notice to the remaining 13 students, totaling 298 students.

LEAs sent notices by mail and, where available, by email.

5.      On February 14, 2025, OSPI obtained reporting from LEAs indicating the following responses to the notices provided:

- 23 individuals have responded to decline any offer of compensatory education.
- 43 individuals continue to be served in school, with no break in services (they did not require a notification letter, as their exit codes were changed back to enrolled).
- 14 individuals have requested an IEP meeting to discuss compensatory education.
- 218 individuals have not responded.

6.      In addition, OSPI obtained reporting from LEAs indicating that certain individuals were not potential class members and therefore did not receive individualized notice from LEAs:

- 46 individuals had received a regular high school diploma. They either (a) continued to receive special education services after the initial assignment of an exit code (in accordance with OSPI's instructions that LEAs must continue providing special education services until age 22) and proceeded to receive a regular high school diploma, or (b) had been erroneously assigned an exit code of D2 or RMA (the correct exit code for graduating with a regular high school diploma is G0).

THIRD DECL. OF DR. TANIA MAY
NO. 2:22-cv-01621-LK

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

- 2 individuals had exited from special education and were determined ineligible for reasons other than age, such as their family's revocation of consent to special education, and therefore did not receive individualized notice.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 18th day of February 2025 at ___Olympia___, Washington.

/s/ _____
DR. TANIA MAY

THIRD DECL. OF DR. TANIA MAY
NO. 2:22-cv-01621-LK

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will serve a copy of this document upon all counsel of record.

> Ian Crosby
> Susman Godfrey L.L.P.
> 401 Union Street, Suite 3000
> Seattle, WA 98101
> icrosby@susmangodfrey.com
> COxley@susmangodfrey.com
> *Counsel for Plaintiffs*

> Lara Hruska
> Alex Hagel
> Kaitlin Leifeur-Masterson
> Cedar Law PLLC
> 113 Cherry Street, PMB 96563
> Seattle, WA 98104
> lara@cedarlawpllc.com
> alex@cedarlawpllc.com
> kaitlin@cedarlawpllc.com
> *Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 18th day of February 2025 at Seattle, Washington.

> */s/ Brian H. Rowe*
> BRIAN H. ROWE, WSBA #56817
> Assistant Attorney General

THIRD DECL. OF DR. TANIA MAY
NO. 2:22-cv-01621-LK

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744