The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| N.D., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS REYKDAL, et al.,<br><br>Defendants. | NO. 2:22-cv-01621-LK<br><br>JOINT STATUS REPORT |

The Parties submit this Joint Status Report to provide the Court with information regarding the individualized notices local educational agencies (LEAs) issued to potential class members. Based on the information below, the Parties believe that the current schedule (Dkt. No. 109) should be kept in place.

Of the 345[1] students who have at some point received an exit code of D2 or RMA and are therefore potential members of the class, 98% were sent individualized notices within a few days of the March 24 deadline—296 students by March 24, and 42 students by March 28. *See* Fourth Declaration of Dr. Tania May at 2. Of the remaining 2% or 7 students, 2 were sent notices by April 1, 2 by April 15, and 3 by April 18. *Id.* at 2. Accordingly, LEAs have now sent individualized notice to all potential class members. While LEAs' compliance with the March

[1] Since the Parties' last update, one potential class member passed away, reducing the number from 346.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

24 deadline was not perfect, all potential class members will have more than 30 days to submit objections before the May 23 deadline. The Parties therefore believe that the current schedule should be kept in place, with the Final Fairness Hearing set for June 17, 2025. *See Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370, 1375 (9th Cir. 1993) (approving class action settlement even though approximately one-third of shareholders received notice after the deadline for filing objections or opting out).

DATED this 24th day of April 2025.

NICHOLAS W. BROWN
Attorney General

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
S. TODD SIPE, WSBA #23203
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Brian.Rowe@atg.wa.gov
Todd.Sipe@atg.wa.gov

*Attorneys for Defendants Chris Reykdal and Office of Superintendent of Public Instruction*

*/s/ Ian Crosby*
IAN B. CROSBY, WSBA #28461
icrosby@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: 206-516-3880
Facsimile: 206-516-3883

*/s/ Alex Hagel*
ALEX HAGEL, WSBA #55423
alex@cedarlawpllc.com
LARA HRUSKA, WSBA #46531
lara@cedarlawpllc.com
KAITLIN LEIFUR-MASTERSON, WSBA #62550
kaitlin@cedarlawpllc.com
CEDAR LAW PLLC
600 1st Ave., Ste 330, PMB 96563

Seattle, WA 98104
Telephone: 206-607-8277
Facsimile: 206-237-9101

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will serve a copy of this document upon all counsel of record.

Ian Crosby
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
icrosby@susmangodfrey.com
COxley@susmangodfrey.com
*Counsel for Plaintiffs*

Lara Hruska
Alex Hagel
Kaitlin Leifeur-Masterson
Cedar Law PLLC
113 Cherry Street, PMB 96563
Seattle, WA 98104
lara@cedarlawpllc.com
alex@cedarlawpllc.com
kaitlin@cedarlawpllc.com
*Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 24th day of April 2025 at Seattle, Washington.

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
Assistant Attorney General