The Honorable Lauren King

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| N.D., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRIS REYKDAL, et al.,<br><br>Defendants. | NO. 2:22-cv-01621-LK<br><br>FIFTH DECLARATION OF DR. TANIA MAY |

I, Dr. Tania May, declare as follows:

1. I am over the age of 18, am competent to testify on matters contained in this Declaration, and make this Declaration based on my own personal knowledge.

2. I am the Assistant Superintendent of Special Education. I lead the Special Education division for the Office of Superintendent of Public Instruction (OSPI). As part of my role, I am familiar with reporting that OSPI has received from local educational agencies (LEAs) regarding their provision of individualized notice to potential class members and the responses LEAs have received from potential class members.

3. On February 24, 2025, OSPI notified all LEAs in Washington that new individualized notices must be sent to all potential class members by March 24, 2025, and that OSPI would provide translations of the notice template into 11 languages. By March 14, 2025, OSPI had provided the approved notice template and translations to all LEAs. Data shows that



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

since November 11, 2020, 346 students had received exit codes of RMA or D2 and were therefore potential members of the class.

4. Also by March 14, 2025, OSPI republished the revised notice on its website and sent the revised notice to disability advocacy organizations for their republication as well.

5. As part of its supervision of LEAs, OSPI required school districts to confirm that they had provided all individualized notices as ordered by the Court. When a school district was late in providing notices, OSPI followed up until they confirmed compliance. The reporting OSPI obtained indicates:

- 296 students were sent notices by March 24, 2025;
- 42 additional students (totaling 338) were sent notices by March 28, 2025;
- 2 additional students (totaling 340) were sent notices by April 1, 2025;
- 2 additional students (totaling 342) were sent notice by April 15, 2025;
- 3 additional students (totaling 345) were sent notice by April 18, 2025; and
- 1 student has passed away, so no notice was sent.

6. Of the 345 students who were sent the second notice, the reporting OSPI obtained indicates that 17 have declined compensatory education, 47 have continued to be served in school, 17 have requested an IEP meeting to discuss compensatory education, and 264 have not responded to the notice.

7. On April 7, 2025, OSPI emailed one of the parents of the Student who filed an objection in this case. In that email, OSPI provided the parent with general information about the lawsuit, settlement, and special education dispute resolution. On May 30, 2025, OSPI emailed the same parent, reiterating and providing more detail about the special education dispute resolution options (special education community complaint and due process), including the statute of limitations for those options.



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 4th day of June 2025 at Olympia, Washington.

/s/ Tania May
DR. TANIA MAY



ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

## CERTIFICATE OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will serve a copy of this document upon all counsel of record.

Ian Crosby
Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
icrosby@susmangodfrey.com
COxley@susmangodfrey.com
*Counsel for Plaintiffs*

Lara Hruska
Alex Hagel
Kaitlin Leifeur-Masterson
Cedar Law PLLC
113 Cherry Street, PMB 96563
Seattle, WA 98104
lara@cedarlawpllc.com
alex@cedarlawpllc.com
kaitlin@cedarlawpllc.com
*Counsel for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 4th day of June 2025 at Seattle, Washington.

*/s/ Brian H. Rowe*
BRIAN H. ROWE, WSBA #56817
Assistant Attorney General