**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| N.D., et al.,<br>Plaintiffs,<br>v.<br><br>CHRIS REYKDAL, et al.,<br>Defendants. | Case No. 2:22-cv-01621-LK<br><br>NOTICE OF APPEARANCE |

TO: Clerk of the Court; and

TO: Parties and counsel of record.

PLEASE TAKE NOTICE that Christopher M. Henderson of Brothers Henderson Durkin, P.S. hereby appears as counsel of record in the above-referenced proceeding for Mehdi Beygi and Zohreh Alavitalab, on behalf of their adult son, Cyrus Beygi, an adult with disabilities, and requests that all future pleadings, papers, and/or proceedings, exclusive of original process, be served upon the undersigned attorney at the address stated below, reserving the statutory time within which to plead further.

Christopher M. Henderson
Brothers Henderson Durkin, P.S.
936 North 34th Street, Suite 200
Seattle, WA 98103
ChrisH@bhdlaw.com

//

//



BROTHERS HENDERSON DURKIN, P.S.
936 N 34th Street
Suite 200
Seattle, WA 98103
P: 206-324-4300
F: 206-324-3106

DATED this 10th day of June, 2025.

BROTHERS HENDERSON DURKIN, P.S.

Christopher M. Henderson, WSBA No. 41314
Attorneys for Mehdi Beygi and Zoreh Alavitalab

**DECLARATION OF SERVICE**

I declare under penalty of perjury, according to the laws of Washington State, that on the date written below, I delivered a true and correct copy of this **Notice** to the following persons in the manner stated:

***Via E-Service***
Alexander Frank Hagel
Laura R. Hruska
Cedar Law PLLC
600 1st Ave, Ste 330
PMB 96563
Seattle, WA 98104-2246
alex@cedarlawpllc.com
lara@cedarlawpllc.com

***Via E-Service***
Brian Hunt Rowe
Stephen Todd Sipe
Attorney General's Office
800 Fifth Avenue, Ste 2000
Seattle, WA 98104
brian.rowe@atg.wa.gov
Todd.Sipe@atg.wa.gov

***Via E-Service***
Ian B Crosby
Susman Godfrey
401 Union St, Ste 3000
Seattle, WA 98101
icrosby@susmangodfrey.com

SIGNED at Seattle, Washington, this 10th day of June, 2025.

Cecilia M. Campagna, Paralegal
Brothers Henderson Durkin, P.S.



BROTHERS HENDERSON DURKIN, P.S.
936 N 34th Street
Suite 200
Seattle, WA 98103
P: 206-324-4300
F: 206-324-3106