# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.D., et al.,<br><br>                Plaintiffs,<br>v.<br><br>CHRIS REYKDAL, et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:22-cv-01621-LK |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

For the reasons stated in the Court's June 23, 2025 Order granting Plaintiffs' Motion for Final Approval of Class Action Settlement, Dkt. No. 99, and Granting in Part Plaintiffs' Motion for Attorney's Fees and Costs, Dkt. No. 96; *see also* Dkt. No. 125, the parties' Settlement Agreement, Dkt. No. 92-1, is approved as fair, reasonable and adequate. This action is hereby dismissed with prejudice.

Dated June 23, 2025.

                                        Ravi Subramanian
                                        Clerk of Court

                                        */s/Natalie Wood*
                                        Deputy Clerk