# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Attention: *N.D., et al., v. Reykdal*, Case No. 2:22-cv-01621-LK (W.D. Wash.)

FILED
LODGED
RECEIVED
MAIL

FEB 13 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

FILED
LODGED
RECEIVED
MAIL

FEB 13 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

**N.D., et al.,**

**Plaintiffs,**

v.

**CHRIS REYKDAL, et al.,**

**Defendants.**

**CASE NO. 2:22-cv-01621-LK** (W.D. Wash.)

REPLY TO DEFENDANTS' OPPOSITION MOTION TO ALLOW CLASS MEMBER DENIED COMPENSATION TO ENTER PLEADINGS AND TO FILE INTO PACER

---

Friend of Class member C.B. and Guardian of C.B., Mehdi Beygi ("Movant"), replies to Defendants' Opposition.

First, Movant would like to apologize fo the Court for this late response but.

## I. PROCEDURAL CHALLENGE AND LACK OF NOTICE

Movant Mehdi Beygi respectfully requests that the Court consider this Reply despite the Defendants' opposition. Movant was not properly served with the Defendants' Opposition filing. Although Defendants indicate the document was mailed on February 4, 2026, Movant has not received a paper copy as of February 11, 2026. Furthermore, despite having Movant's email address on file and knowing Movant currently lacks PACER/ECF notification access, Defendants failed to provide a courtesy electronic copy. Movant only became aware of the Opposition by manually searching the PACER docket on February 10, 2026, in anticipation of the Court's return.

Movant certifies that he called Case Administrator 206-370-8453 and explained the above and notifying that our response will be mailed via postal service today Feb.11.2026 and will be emailed to defendants and to parties noted in Defendants's Feb 4 opposition but that we can't file directly into pacer pending judge's review.

## II. ARGUMENT IN REPLY

Defendants concede that Movant is the legal guardian of C.B. and do not challenge Movant's general authority to act on C.B.'s behalf. Their opposition is based entirely on speculation regarding the substance of Movant's future filings. Defendants offer no concrete reason such as frivolity, bad faith, or conflict of interest to block electronic-filing access; they offer only an imaginative concern about where a future motion might land.

Second, Movant notes that Defendants **do not oppose any of his requested relief** in their introduction, quoting directly:

"Defendants Chris Reykdal, in his capacity as Superintendent of Public Instruction, and the Office of the Superintendent of Public Instruction (Defendants) do not challenge Movant Mehdi Beygi's (Movant) status as limited legal guardian of C.B., nor Movant's general authority to file pleadings on C.B.'s behalf."

That concession alone should have ended the legal dispute over this Motion.

Instead, Defendants proceed for three pages on what only can be described as a "Vegas Act in **Mindreading**", speculating about the **substance of a motion that has not yet been filed**, and asking this Court to deny Movant's relief on that speculation.

Movant respectfully reminds the Court that under **United States case law**, legal findings and rulings cannot rest on speculative hypotheses. In *Cecil Corley Motor Co., Inc. v. General Motors Corp.*, 380 F. Supp. 819, 827 (M.D. Tenn. 1974), the district court explained:

**"Plaintiff cannot go to the jury on the basis of speculation, surmise or conjecture."**

That principle holds across IDEA-type and civil-rights cases: **liability or procedural barriers cannot be built on imaginative guesswork instead of facts in the record.**

Here, Defendants offer no concrete reason (frivolity, bad faith, or conflict of interest) to block Movant's electronic-filing access; they offer only a **concern about where a future motion might land**, something that cannot justify denying an otherwise proper pro se class-member filing.

To end the speculation, Movant attaches his **unfinished draft motion**, entitled **"MOTION FOR CLARIFICATION AND ENFORCEMENT OF FINAL JUDGMENT AND SETTLEMENT AGREEMENT" (Exhibit A)**. That document shows that Movant's contemplated filing is one of **class-wide concern: whether Non-Regular or substantively insufficient diplomas are being reclassified as Regular High School Diplomas** to deny compensatory education and to evade the Court's Settlement Agreement.

## III. CONCLUSION

Movant therefore respectfully asks that the Court for the reasons stated above and in the attached **Exhibit A,** to grant the motion to allow electronic filing and the entry of pleadings to ensure C.B.'s rights under the Settlement are protected.

Movant respectfully asks that the Court **deny Defendants' speculation-based opposition** and grant his requested relief to be **allowed to enter pleadings and file electronically into PACER in this class suit**, and to continue representing C.B. on behalf of the class.

Respectfully submitted,

DATED this 11th day of Feb, 2026.

____________Mehdi J Beygi____________

Mehdi Beygi

Mehdi Beygi
5455 Highland Dr.
Bellevue, WA 98006
425-272-5219
mehdi.beygi@gmail.com

Pro Se Movant / Class Member

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury under the laws of the state of Washington that I served a true and correct copy of the foregoing Motion for Leave to File Pleadings on Behalf of Class Member and all attachments as indicated, to the following parties of record as indicated:

Alexander F. Hagel
Lara R. Hruska
CEDAR LAW LLP
via E-mail alex@cedarlawpllc.com
via E-mail lara@cedarlawpllc.com
Ian Crosby, WSBA 28461
SUSMAN GODFREY
via E-mail icrosby@susmangodfrey.com

Counsel for Plaintiffs

Brian Hunt Rowe
ATTORNEY GENERAL'S OFFICE (800 SEATTLE)
800 FIFTH AVENUE
STE 2000
SEATTLE, WA 98104
206-389-3888
brian.rowe@atg.wa.gov
via E-mail brian.rowe@atg.wa.gov

Elana Sabovic Matt
ATTORNEY GENERAL'S OFFICE (800 SEATTLE)
800 FIFTH AVENUE
STE 2000
SEATTLE, WA 98104
206-342-6435
elana.matt@eddiebauer.com
via E-mail elana.matt@eddiebauer.com

Stephen Todd Sipe
ATTORNEY GENERAL'S OFFICE (COMPLEX LIT-SEA)
800 5TH AVE STE 2000
SEATTLE, WA 98104
206-382-0512

Todd.Sipe@atg.wa.gov
via E-mail Todd.Sipe@atg.wa.gov

/s/ Mehdi Beygi

Movant, as Legal Guardian for [C.B]
DATED this _11_ day of _Feb______, 2026__.

____________*Mehdi J Beygi*______________
Mehdi Beygi

Mehdi.beygi@gmail.com

Douglas Rosenberg
DATED this _11_ day of _Feb______, 2026__.

____________*Douglas Rosenberg*______________
Douglas Rosenberg

Douglas Rosenberg
12606 SE 42nd St, Bellevue, WA 98006
rosenbergdouglas@gmail.com

**DECLARATION OF Mehdi Beygi**

I, Medi Beygi declare as follows:

1. I am the the Guardian of C.B. a Class Member in this action .

2. C.B was denied compensation despite eligibility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this _11___ day of _Feb_____, 2026__ at _Bellevue WA___.

Medi Beygi

[redacted]

Retail

U.S. POSTAGE PAID
FCM LG ENV
BELLEVUE, WA 98006
FEB 11, 2026

98101

$0.38

RDC 99

S2322S501170-01




From : Mehdi Beygi
5455 Highland Dr.
Bellevue WA 98006

To:
The Clerk, U.S. District Court for the Western District of Washington,
Attention: *N.D., et al., v. Reykdal*, Case No. 2:22-cv-01621-LK (W.D. Wash.),
700 Stewart Street, Suite 2310,
Seattle, WA 98101

LODGED
RECEIVED
MAIL

FEB 13 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY