FILED
LODGED
RECEIVED
MAIL

APR 01 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**N.D., et al.,**

**Plaintiffs,**

**v.**

**CHRIS REYKDAL, et al.,**

**Defendants.**

**CASE NO. 2:22-cv-01621-LK** (W.D. Wash.)

**MOVANT'S LIMITED MOTION TO ENFORCE SETTLEMENT AGREEMENT AND REQUEST FOR WRITTEN BASIS FOR C.B.'S CLAIM DETERMINATION**

**NOTE ON MOTION CALENDAR: April 18, 2026**

**ORAL ARGUMENT REQUESTED**

Drafting and research assistance provided on a volunteer basis by Douglas W. Rosenberg

**MOVANT'S LIMITED MOTION TO ENFORCE SETTLEMENT AGREEMENT AND REQUEST FOR WRITTEN BASIS FOR C.B.'S CLAIM DETERMINATION**

## NATURE OF MOTION

This motion is strictly limited in scope. Movant Mehdi Beygi, acting as Guardian and Next Friend for C.B., respectfully moves for an order requiring Defendants to provide a written statement identifying the basis for C.B.'s claim determination under the settlement agreement approved in this matter.

This motion is narrower than Movant's prior submissions addressed in Docket Nos. 137 and 138. Movant does not ask the Court to determine entitlement to relief, revisit any diploma issue, reconsider any prior administrative decision, or re-litigate any matter previously addressed by the Court. Movant seeks only a written statement of the basis for the determination — nothing more — so that the determination can be understood and any available procedures may be identified and, if appropriate, pursued.

## BASIS FOR RELIEF

The Court expressly retained jurisdiction to supervise and enforce the settlement agreement. That supervisory role necessarily includes ensuring that claim determinations are administered in a manner that can be understood and evaluated for consistency with the settlement's terms.

Movant requested a written explanation of C.B.'s claim determination directly from Defendants, Bellevue School District and OSPI. No such explanation has been provided despite repeated written requests and phone calls.

Providing a statement of the basis for the determination does not require the Court to adjudicate the merits of the claim or to revisit any prior ruling. It requires only that Defendants identify the

grounds on which they acted — a ministerial step well within the Court's retained enforcement authority, necessary to permit any meaningful review of compliance with the settlement and to allow Movant to understand what issue, if any, must be addressed through available procedures.

Without a statement of the basis for the determination, the Court cannot meaningfully assess whether the settlement is being administered in accordance with its terms.

---

**RELIEF REQUESTED**

Movant respectfully requests that the Court order Defendants to:

1. Provide a written statement identifying the basis for the determination of C.B.'s claim under the settlement, including the criteria applied and the grounds relied upon.

2. Provide that statement within a time period set by the Court.

Respectfully submitted,

DATED this 30th day of January, 2026.

_____________Mehdi J Beygi___

Mehdi Beygi

Mehdi Beygi
5455 Highland Dr.
Bellevue, WA 98006
425-272-5219

mehdi.beygi@gmail.com

Pro Se Movant / Class Member

**DECLARATION OF Mehdi Beygi**

FILED
LODGED
RECEIVED
MAIL
APR 01 2026
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

I, Medi Beygi declare as follows:

1. I am the the Guardian of C.B. a Class Member in this case.
2. C.B was denied compensation despite eligibility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this _30___ day of _March_____, 2026__ at _Bellevue WA___.

____________Mehdi J Beygi___

Medi Beygi

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury under the laws of the state of Washington that I served a true and correct copy of the foregoing Motion for Leave to File Pleadings on Behalf of Class Member and all attachments as indicated, to the following parties via e-mail.

/s/ *Ian Crosby*
Ian Crosby, WSBA 28461
icrosby@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

___ FILED ___ LODGED ___ RECEIVED MAIL
APR 01 2026
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

/s/ *Lara Hruska*
/s/ *Alex Hagel*
/s/ *Kaitlin Leifur-Masterson*
Lara Hruska, WSBA 46531
lara@cedarlawpllc.com
Alex Hagel, WSBA 55423
alex@cedarlawpllc.com
Kaitlin Leifur-Masterson, Rule 9 #9874675
kaitlin@cedarlawpllc.com
CEDAR LAW PLLC
113 Cherry Street, PMB 96563
Seattle, WA 98104
Telephone: (206) 607-8277
Facsimile: (206) 237-9101

/s/ Brian Hunt Rowe
ATTORNEY GENERAL'S OFFICE (800 SEATTLE)
800 FIFTH AVENUE
STE 2000
SEATTLE, WA 98104
206-389-3888
brian.rowe@atg.wa.gov

/s/ Stephen Todd Sipe
ATTORNEY GENERAL'S OFFICE (COMPLEX LIT-SEA)

800 5TH AVE STE 2000
SEATTLE, WA 98104
206-382-0512
Todd.Sipe@atg.wa.gov
via E-mail Todd.Sipe@atg.wa.gov

DATED this _30_ day of _March______, 2026__.

_____________Douglas Rosenberg______ *Douglas Rosenberg*

Douglas Rosenberg
12606 SE 42nd St, Bellevue, WA 98006

Clearly identify the following case name and number: *N.D., et al., v. Reykdal*, Case No. 2:22-cv-01621-LK (W.D. Wash.);

FROM:

Mehdi Beygi
5455 Highland Dr.
Bellevue WA 98006

MAIL

01 2026

SEATTLE
DISTRICT COURT
CT OF WASHINGTON
DEPUTY




To:

Attention: *N.D., et al., v. Reykdal*, Case No. 2:22-cv-01621-LK (W.D. Wash.).

Clerk, U.S. District Court for the Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101

Utility Mailer
10 1/2" x 16"