FILED
LODGED
RECEIVED
MAIL

APR 13 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**N.D., et al.,**

**Plaintiffs,**

**v.**

**CHRIS REYKDAL, et al.,**

**Defendants.**

**CASE NO. 2:22-cv-01621-LK** (W.D. Wash.)

MOVANT'S MOTION FOR CLARIFICATION REGARDING PROPER PROCEDURE

NOTE ON MOTION CALENDAR: April 24, 2026
ORAL ARGUMENT REQUESTED

# I. INTRODUCTION

Movant Mehdi Beygi, acting as Guardian and Next Friend for C.B. and as a class member, respectfully asks the Court to clarify the proper procedure for obtaining the basis for the determination communicated to Movant.

Movant does not seek reconsideration, enforcement, or any substantive relief. Movant seeks only direction from the Court regarding the proper procedure to follow, because prior motions have been struck and Movant wishes to proceed in the manner the Court expects.

# II. REQUEST FOR CLARIFICATION

Movant received a determination but was not provided the basis for that determination. Movant requested that information but did not receive a response.

Movant respectfully asks the Court to clarify:

1. What is the proper procedure for a class member to obtain the basis for a determination communicated under the settlement?
2. Should such a request first be directed to Defendants, the settlement administrator, or class counsel?
3. If no explanation is provided, what is the proper way for a class member to seek further review or bring the matter before the Court?

# III. BASIS FOR REQUEST

Movant is attempting to follow the proper procedure and avoid filing further motions in an improper form.

Because prior motions have been struck, Movant seeks guidance before taking any further step. Without clarification from the Court, Movant cannot know the correct procedure for requesting the basis of the determination or for seeking further review, if any.

# IV. RELIEF REQUESTED

Movant respectfully requests that the Court clarify the proper procedure for a class member to:

1. Request the basis for a determination communicated under the settlement; and
2. Seek further review, if necessary, through the correct procedural vehicle.

Respectfully submitted,

DATED this 7th day of April, 2026.

Mehdi Beygi
Pro Se Movant / Class Member
Guardian and Next Friend for C.B.

Respectfully submitted,

DATED this 7th day of April, 2026.

_____________Mehdi J Beygi___
Mehdi Beygi

Mehdi Beygi
5455 Highland Dr.
Bellevue, WA 98006
425-272-5219
mehdi.beygi@gmail.com

Pro Se Movant / Class Member

**DECLARATION OF Mehdi Beygi**

FILED
LODGED
RECEIVED
MAIL

APR 13 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

I, Medi Beygi declare as follows:

1. I am the the Guardian of C.B. a Class Member in this case.
2. C.B was denied compensation despite eligibility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this _07___ day of _April_____, 2026__ at _Bellevue WA___.

____________Mehdi J Beygi___

Medi Beygi

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury under the laws of the state of Washington that I served a true and correct copy of the foregoing Motion on Behalf of Class Member and all attachments as indicated, to the following parties via e-mail.

/s/ *Ian Crosby*
Ian Crosby, WSBA 28461
icrosby@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

FILED LODGED RECEIVED MAIL
APR 13 2026
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

/s/ *Lara Hruska*
/s/ *Alex Hagel*
/s/ *Kaitlin Leifur-Masterson*
Lara Hruska, WSBA 46531
lara@cedarlawpllc.com
Alex Hagel, WSBA 55423
alex@cedarlawpllc.com
Kaitlin Leifur-Masterson, Rule 9 #9874675
kaitlin@cedarlawpllc.com
CEDAR LAW PLLC
113 Cherry Street, PMB 96563
Seattle, WA 98104
Telephone: (206) 607-8277
Facsimile: (206) 237-9101

/s/ Brian Hunt Rowe
ATTORNEY GENERAL'S OFFICE (800 SEATTLE)
800 FIFTH AVENUE
STE 2000
SEATTLE, WA 98104
206-389-3888
brian.rowe@atg.wa.gov

/s/ Stephen Todd Sipe
ATTORNEY GENERAL'S OFFICE (COMPLEX LIT-SEA)

800 5TH AVE STE 2000
SEATTLE, WA 98104
206-382-0512
Todd.Sipe@atg.wa.gov
via E-mail Todd.Sipe@atg.wa.gov

DATED this _07_ day of _April______, 2026__.

_____________Douglas Rosenberg______ *Douglas Rosenberg*

Douglas Rosenberg
12606 SE 42nd St, Bellevue, WA 98006

FILED
LODGED
RECEIVED
MAIL

APR 13 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

Clearly identify the following case name and number: *N.D., et al., v. Reykdal*, Case No. 2:22-cv-01621-LK (W.D. Wash.);

FROM:
Mehdi Beyzi
5455 Highland Dr.
Bellevue WA 98006

To:

U.S. POSTAGE PAID
BELLEVUE, WA
98006
APR 07, 25
AMOUNT
$2.44
S2324E502745-04

Attention: *N.D., et al., v. Reykdal*, Case No. 2:22-cv-01621-LK (W.D. Wash.)

Clerk. U.S. District Court for the Western District of Washington. 700 Stewart Street, Suite 2310, Seattle, WA 98101

FILED LODGED RECEIVED MAIL
APR 13 2026

Utility Mailer
10 1/2" x 16"

Ready Post