FILED ENTERED
LODGED RECEIVED

OCT 23 2026 LS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

N.D., et al.,

Plaintiffs,

v.

CHRIS REYKDAL, et al.,

Defendants.

Case No. 2:22-cv-01621-LK

DECLARATION OF MEHDI BEYGI IN SUPPORT OF MOVANT'S REPLY TO DEFENDANTS' RESPONSE (DKT. 145)

I, Mehdi Beygi, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am over the age of 18, competent to testify, and proceed pro se as the court-appointed legal co-guardian, parent, and next friend of C.B., an eligible class member entitled to settlement relief under this Court's retained ancillary enforcement jurisdiction.
2. I make this declaration based upon my own personal knowledge, official agency records, and my direct correspondence with Class Counsel and educational authorities.
3. Attached hereto as Exhibits (Supporting_Exhibits.pdf) are true and correct copies of documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 23th day of Oct, 2026, at Bellevue, Washington.

/s/ Mehdi Beygi Mehdi Beygi, Pro Se Parent/Guardian and Next Friend of C.B.

Signature:

Plaintiff Pro Se / Court-Appointed Co-Guardian

5455 Highland Dr.
Bellevue WA 98006
425-272-5219

Attention: N.D., et al., v. Reykdal, Case No. 2:22-cv-01621-LK (W.D. Wash.),